APPEAL,CLOSED,JURY,MDL,TYPE I–PRIVACY

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:15–mc–01394–ABJ</u>
### *Internal Use Only*

IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT
DATA SECURITY BREACH LITIGATION
Assigned to: Judge Amy Berman Jackson

Cases:  1:15–cv–01015–ABJ
           1:15–cv–01321–ABJ
           1:15–cv–01449–ABJ
           1:15–cv–01564–ABJ
           1:15–cv–01617–ABJ
           1:15–cv–01653–ABJ
           1:15–cv–01933–ABJ
           1:15–cv–02089–ABJ
           1:15–cv–02259–ABJ
           1:15–cv–01808–ABJ
           1:16–cv–00178–ABJ
           1:15–cv–01752–ABJ
           1:16–cv–00392–ABJ
           1:16–cv–01253–ABJ
           1:18–cv–01416–ABJ
           1:15–cv–01927–ABJ
           1:15–cv–01928–ABJ
           1:15–cv–01929–ABJ
           1:15–cv–01930–ABJ
           1:15–cv–01931–ABJ
           1:15–cv–01810–ABJ
           1:15–cv–01835–ABJ

Case in other court:  USCA, 17–05217
                USCA, 17–05232
                Federal Circuit, 18–01182–CB
                USDC for the District of New Mexico,
                18cv409
                Judicial Panel on Multidistrict Litigation,
                2664

Cause: 05:552 Freedom of Information Act

Date Filed: 10/09/2015
Date Terminated: 10/26/2022
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory
Actions
Jurisdiction: U.S. Government Defendant

**In Re**

**IN RE: U.S. OFFICE OF
PERSONNEL MANAGEMENT
DATA SECURITY BREACH**

1

**LITIGATION**

**Plaintiff**

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO**

represented by **Daniel C. Girard**
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981–4800
Fax: (415) 981–4846
Email: dgirard@girardsharp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Mason**
MASON LLP
5101 Wisconsin Avenue NW
Suite 305
Washington, DC 20016
(202) 429–2290
Fax: (202) 429–2294
Email: gmason@masonllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981–4800
Fax: (415) 981–4846
Email: jelias@girardsharp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT CRAWFORD**

represented by **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam E. Polk**
GIRARD SHARP LLP
601 California Street
Suite 1400

2

San Francisco, CA 94108
415–981–4800
Fax: 415-981–4846
Email: apolk@girardsharp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher K. Hikida**
GIRARD SHARP LLP
601 California Street
Suite 1400
San Francisco, CA 94108
(415) 981–4800
Fax: (415) 981–4846
Email: ckh@girardgibbs.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ADAM DALE**                    represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Edward Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam E. Polk**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Christopher K. Hikida**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**                    represented by

**NATIONAL TREASURY**
**EMPLOYEES UNION**
*TERMINATED: 11/26/2019*

**Paras N. Shah**
NATIONAL TREASURY EMPLOYEES
UNION
Office of General Counsel
1750 H Street, NW
Washington, DC 20006
(202) 436–0980
Fax: (202) 572–5645
Email: paras.shah@nteu.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEPHEN HOWELL**
*TERMINATED: 11/26/2019*

represented by **Paras N. Shah**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN ORTINO**
*TERMINATED: 11/26/2019*

represented by **Paras N. Shah**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARY C. WOO**
*on behalf of herself and all others*
*similarly situated*

represented by **Anna C. Haac**
TYCKO & ZAVAREEI, LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973–0900
Fax: (202) 973–0950
Email: ahaac@tzlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hassan A. Zavareei**
TYCKO & ZAVAREEI, LLP
1828 L Street, NW
Suite 1000
Washington, DC 20036
(202) 973–0900
Fax: (202) 973–0950
Email: hzavareei@tzlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Norman E. Siegel**
STUEVE SIEGEL HANSON LLP
460 Nichols Road
Suite 200

Kansas City, MO 64112
(816) 714–7100
Fax: (816) 714–7101
Email: siegel@stuevesiegel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERESA J. MCGARRY**                     represented by   **Barbara L. Gibson**
*The Honorable, on behalf of herself and*                   KOHN, SWIFT & GRAF, P.C.
*all others similarly situated*                             1600 Market Street
                                                            Suite 2500
                                                            Philadelphia, PA 19103
                                                            215–238–1700
                                                            Fax: 215–238–1968
                                                            Email: bgibson@kohnswift.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Daniel C. Girard**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jordan Elias**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Denis F. Sheils**
                                                            KOHN, SWIFT & GRAF, P.C.
                                                            One South Broad Street
                                                            Suite 2100
                                                            Philadelphia, PA 19107
                                                            (215) 238–1700
                                                            Fax: (215) 238–1968
                                                            Email: dsheils@kohnswift.com
                                                            *TERMINATED: 04/23/2020*

**Plaintiff**

**VICTOR W. HOBBS**                       represented by   **Behram Parekh**
*on behalf of himself and all others*                      DALIMONTE RUEB STOLLER LLP
*similarly situated*                                        515 S. Figueroa Street
                                                            Suite 1550
                                                            Los Angeles, CA 90071
                                                            833–443–7529
                                                            Email: behram.parekh@drlawllp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

5

**HECTOR PEREZ**
*individually, and on behalf of all others
similarly situated*

represented by **Frazer Walton , Jr.**
LAW OFFICE OF FRAZER WALTON,
JR.
1913 D Street NE
Washington DC, DC 20002
202–398–8920
Email: frawalton@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Yanchunis**
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 275–5272
Fax: (813) 275–9295
Email: jyanchunis@forthepeople.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marcio W. Valladares**
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 229–4044
Fax: (813) 222–4735
Email: mvalladares@forthepeople.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick A. Barthle , II**
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
201 N. Franklin Street
7th Floor
Tampa, FL 33602
(813) 223–5505
Fax: (813) 222–4738
Email: pbarthle@forthepeople.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven William Teppler**
STERLINGTON, PLLC
228 Park Avenue South

New York, NY 10003
202−253−5670
Email: steppler@mblawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN ORAVIS**                                    represented by   **Frazer Walton , Jr.**
*individually, and on behlaf of all others*                         (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Steven William Teppler**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARY S. COX**                                    represented by   **Carin L. Marcussen**
*individually and on behalf of all others*                          FEDERMAN & SHERWOOD
*similarly situated*                                                 10205 N. Pennsylvania Avenue
                                                                    Oklahoma City, OK 73120
                                                                    (405) 235−1560
                                                                    Fax: (405) 239−2112
                                                                    Email: clm@federmanlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DERRICK SIMS**
*individually, and on behalf of all others*
*similarly situated*

**Plaintiff**

**MICHAEL HANAGAN**                                represented by   **Daniel C. Girard**
*individually and on behalf of all others*                          (See above for address)
*similarly situated*                                                *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Graham B. LippSmith**
                                                                    LIPPSMITH LLP
                                                                    555 S. Flower Street
                                                                    Suite 4400
                                                                    Los Angeles, CA 90071
                                                                    213−344−1820
                                                                    Fax: 213−513−2495
                                                                    Email: g@lippsmith.com
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

Jordan Elias
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWARD W. KRIPPENDORF**
*on behalf of himself and all others*
*similarly situated*

represented by   **Corban S. Rhodes**
DICELLO LEVITT GUTZLER
One Grand Central Place
60 East 42nd Street
Suite 2400
New York, NY 10165
646–933–1000
Email: crhodes@dicellolevitt.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Garrett J. Bradley**
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907–0735
Fax: (212) 818–0477
Email: gbradley@labaton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jonathan Schraub**
SANDS ANDERSON PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893–3600
Fax: (703) 893–8484
Email: jjschraub@sandsanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
(212) 907–0869
Fax: (212) 883–7069
Email: jbernstein@labaton.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EDWARD L. ROBBELOTH**
*on behalf of themselves and all others*
*similarly situated*

represented by   **Corban S. Rhodes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Garrett J. Bradley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jonathan Schraub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ERIC W. EDGAR**
*on behalf of themselves and all others*
*similarly situated*

represented by   **Corban S. Rhodes**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Garrett J. Bradley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jonathan Schraub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN RABER**
*on behalf of themselves and all others*
*similarly situated*

represented by   **Corban S. Rhodes**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Garrett J. Bradley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jonathan Schraub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICAELA BROWN**                    represented by    **Charles Joseph LaDuca**
*On Behalf of Herself and all Others*                  CUNEO GILBERT & LADUCA, LLP
*Similarly Situated*                                   4725 Wisconsin Avenue, NW
                                                       Suite 200
                                                       Washington, DC 20016
                                                       (202) 789–3960
                                                       Fax: (202) 789–1813
                                                       Email: charles@cuneolaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Monica E. Miller**
                                                       CUNEO GILBERT & LADUCA, LLP
                                                       4725 Wisconsin Avenue, NW
                                                       Suite 200
                                                       Washington, DC 20016
                                                       (202) 789–3960
                                                       Fax: (202) 789–1813
                                                       Email: monica@cuneolaw.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RYAN BONNER**                      represented by    **Daniel C. Girard**
*On Behalf of Himself and all Others*                  (See above for address)
*Similarly Situated*                                   *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **David Henry Thompson**
                                                       COOPER & KIRK, PLLC

1523 New Hampshire Ave, NW
Washington, DC 20036
(202) 220–9600
Fax: (202) 220–9601
Email: dthompson@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter A. Patterson**
COOPER & KIRK, PLLC
1523 New Hampshire Ave, NW
Washington, DC 20036
(202) 220–9600
Fax: (202) 220–9601
Email: ppatterson@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **NICOLE WAID**<br>*on behalf of herself and all others*<br>*similarly situated* | represented by | **Corban S. Rhodes**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Garrett J. Bradley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J. Jonathan Schraub**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **NICHOLAS D. CAVIS**<br>*on behalf of themselves and all others*<br>*similarly situated* | represented by | **J. Jonathan Schraub**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Joel H. Bernstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM PRESTON**              represented by   **J. Jonathan Schraub**
*on behalf of themselves and all others*                (See above for address)
*similarly situated*                                     *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                 **Joel H. Bernstein**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**HOWARD SMITH**                 represented by   **Patrick A. Malone**
*individually and on behalf of all others*              PATRICK MALONE & ASSOCIATES,
*similarly situated*                                     P.C.
                                                         1310 L Street, NW
                                                         Suite 800
                                                         Washington, DC 20005
                                                         202–742–1500
                                                         Fax: 202–742–1515
                                                         Email: pmalone@patrickmalonelaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                 **Tina Wolfson**
                                                 AHDOOT & WOLFSON, PC
                                                 2600 W. Olive Avenue
                                                 Suite 500
                                                 Burbank, CA 91505
                                                 (310) 474–9111
                                                 Fax: (310) 474–8585
                                                 Email: twolfson@ahdootwolfson.com
                                                 *LEAD ATTORNEY*
                                                 *PRO HAC VICE*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHAD KAPPERS**                 represented by   **Mark Robert Rosen**
                                                 LAW OFFICE OF MARK ROSEN
                                                 19 Southwood Drive
                                                 Cherry Hill, NJ 08003–2952
                                                 856–577–1102
                                                 Email: markrrosen@gmail.com
                                                 *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM FLEISHELL III**                    represented by   **Mark Robert Rosen**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JERAN BINNING**                            represented by   **Robert K. Shelquist**
*on Behalf of Himself and All Others*                        LOCKRIDGE GRINDAL NAUEN
*Similarly Situated*                                         P.L.L.P.
                                                             100 Washington Avenue South
                                                             Suite 2200
                                                             Minneapolis, MN 55401
                                                             (612) 339–6900
                                                             Fax: (612) 339–0981
                                                             Email: rkshelquist@locklaw.com
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ADEDEJI SHAMONDA**                         represented by   **ADEDEJI SHAMONDA**
                                                             P.O. Box 881773
                                                             San Francisco, CA 94188–1773
                                                             415–531–8844
                                                             PRO SE

**Plaintiff**

**ADEBIYI K. SHAMONDA**                      represented by   **ADEBIYI K. SHAMONDA**
                                                             3120 Shelter Creek Lane
                                                             San Bruno, CA 94066
                                                             (415) 812–4243
                                                             PRO SE

**Plaintiff**

**MARIO SAMPEDRO**                           represented by   **Daniel C. Girard**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jordan Elias**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARDELL BRANCH**                           represented by   **Daniel C. Girard**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ROBERT SLATER**                    represented by  **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE II**                      represented by  **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TORALF PETERS**                    represented by  **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MYRNA BROWN**                      represented by  **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHARLENE OLIVER**                    represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DARREN STRICKLAND**                  represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CYNTHIA KING–MYERS**                 represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRAVIS ARNOLD**                      represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL JOHNSON**                    represented by   **Daniel C. Girard**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TONY BACHTELL**                 represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ZACHARY SHARPER**               represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JENNIFER GUM**                  represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE III**                  represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE II**                   represented by   **Daniel C. Girard**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE CORPORATION**             represented by  **Daniel C. Girard**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL EBERT**                    represented by  **Daniel C. Girard**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan Elias**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBORAH HOFFMAN**                  represented by  **Daniel C. Girard**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan Elias**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PAUL DALY**                        represented by  **Daniel C. Girard**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan Elias**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**LILLIAN GONZALEZ–COLON**           represented by  **Daniel C. Girard**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KELLY FLYNN**                           represented by   **Daniel C. Girard**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jordan Elias**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**PETER ULIANO**                          represented by   **Daniel C. Girard**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jordan Elias**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**RYAN LOZAR**                            represented by   **Daniel C. Girard**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jordan Elias**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ORIN GRIFFITH**                         represented by   **Daniel C. Girard**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Jordan Elias**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TIMOTHY SEBERT**                                        represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHNNY GONZALEZ**                                   represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARYANN HIBBS**                                      represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALIA FULI**                                          represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**HEATHER BURNETT–RICK**                               represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MONTY BOS**                          represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JANE DOE**                           represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NANCY WHEATLEY**                      represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KIMBERLY WINSOR**                     represented by   **Daniel C. Girard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Elias**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**EUGENE GAMBARDELLA**                  represented by   **Paras N. Shah**
*TERMINATED: 11/26/2019*                                (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID A. GOLDEN**
*individually, and as parent and next*
*friend of Connor B. Golden, a minor*

represented by **Eric J. Artrip**
MASTANDO & ARTRIP, LLC
301 Washington Street
Suite 302
Huntsville, AL 35801
(256) 532–2222
Fax: (256) 513–7489
Email: artrip@mastandoartrip.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RONNIE GOLDEN**
*on behalf of themselves and all others*
*similarly situated*

represented by **Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LILIANA GOLDEN**
*on behalf of themselves and all others*
*similarly situated*

represented by **Eric J. Artrip**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LAHOMA SUE PARTON**
*on behalf of herself and all others*
*similarly situated*

represented by **Jason J. Lewis**
LAW OFFICES OF JASON J. LEWIS,
LLC
201 12th Street, NW
Albuquerque, NM 87102
(505) 244–0950
Fax: (505) 214–5108
Email: jjl@jjllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marshall J. Ray**
LAW OFFICES OF MARSHALL J. RAY,
LLC
201 12th Street, NW
Albuquerque, NM 87102
(505) 312–7598
Fax: (505) 214–5977
Email: mray@mraylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**                          represented by   **Daniel C. Girard**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CARMELA ROMERIO**                         represented by   **CARMELA ROMERIO**
                                                            203 Upper Valley Road
                                                            Boulder, MT 59632
                                                            (406) 461−8247
                                                            PRO SE

V.

**Defendant**

**UNITED STATES OFFICE OF**                 represented by   **Andrew Evan Carmichael**
**PERSONNEL MANAGEMENT**                                     U.S. DEPARTMENT OF JUSTICE
*Beth F. Cobert, acting Director, in her*                   Civil Division, Federal Programs Branch
*official capacity; Donna Seymour, Chief*                   1100 L Street NW
*Information Officer, in her official*                       Washington, DC 20005
*capacity*                                                   (202) 514−3346
                                                            Fax: (202) 616−8460
                                                            Email: andrew.e.carmichael@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Elizabeth J. Shapiro**
                                                            U.S. DEPARTMENT OF JUSTICE
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street, NW
                                                            Washington, DC 20530
                                                            (202) 514−5302
                                                            Fax: (202) 616−8470
                                                            Email: Elizabeth.Shapiro@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joseph Evan Borson**
                                                            U.S. DEPARTMENT OF JUSTICE
                                                            Civil Division, Federal Programs Branch
                                                            1100 L Street NW
                                                            Washington, DC 20005
                                                            (202) 514−1944
                                                            Fax: (202) 616−8460
                                                            Email: joseph.borson@usdoj.gov
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua Edward Gardner**
                                                            UNITED STATES DEPARTMENT OF
                                                            JUSTICE

Civil Division Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
(202) 305–7583
Fax: (202) 616–8470
Email: joshua.e.gardner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Davis MacWilliams**
U.S. DEPARTMENT OF JUSTICE
Civil Division
175 N Street, NE
Ste 11.1130
Washington, DC 20530
(202) 616–4285
Fax: (202) 616–5200
Email: phil.macwilliams@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Michelle Kopplin**
UNITED STATES DEPARTMENT OF
JUSTICE
Civil Division
1100 L St. NW
Washington, DC 20005
(202) 514–3953
Fax: (202) 616–8470
Email: rebecca.m.kopplin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliott M. Davis**
SHOOK, HARDY & BACON, L.L.P.
1800 K St. NW
Suite 1000
Washington, DC 20006
202–662–4867
Email: edavis@shb.com
*TERMINATED: 11/15/2021*

**John Kenneth Theis**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044
(202) 305–7632
Fax: (202) 616–8460
Email: john.k.theis@usdoj.gov
*TERMINATED: 04/26/2016*

**Kieran Gavin Gostin**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20530
(202) 353–4556
Fax: (202) 616–8460
Email: kieran.g.gostin@usdoj.gov
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20530
(202) 514–9237
Fax: (202) 616–8470
Email: Matthew.A.Josephson@usdoj.gov
*TERMINATED: 12/15/2016*

**Paul G. Freeborne**
DOJ–ENRD
Civil Division, Federal Programs Branch
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044–7611
202–532–5271
Fax: 202–305–0506
Email: paul.freeborne@usdoj.gov
*TERMINATED: 03/03/2016*

**Defendant**

**DONNA SEYMOUR**
*Chief Information Officer of U.S. Office of Personnel Management, in her official capacity*

represented by **Andrew Evan Carmichael**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth J. Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Evan Borson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Michelle Kopplin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Theis**
(See above for address)
*TERMINATED: 04/26/2016*

**Kieran Gavin Gostin**
(See above for address)
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
(See above for address)
*TERMINATED: 12/15/2016*

**Paul G. Freeborne**
(See above for address)
*TERMINATED: 03/03/2016*

**Defendant**

**KEYPOINT GOVERNMENT**             represented by   **Alexander H. Southwell**
**SOLUTIONS, INC.**                                 GIBSON, DUNN & CRUTCHER, LLP
*TERMINATED: 01/27/2020*                            200 Park Avenue
                                                    New York, NY 10166
                                                    212–351–4000
                                                    Fax: 212–351–4035
                                                    Email: asouthwell@gibsondunn.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Francis Joseph Warin**
                                                    GIBSON, DUNN & CRUTCHER, LLP
                                                    1050 Connecticut Avenue, NW
                                                    Suite 300
                                                    Washington, DC 20036–5306
                                                    202–887–3609
                                                    Fax: 202–530–9608
                                                    Email: fwarin@gibsondunn.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jason J. Mendro**
                                                    GIBSON, DUNN & CRUTCHER, LLP
                                                    1050 Connecticut Avenue, NW
                                                    Suite 300
                                                    Washington, DC 20036–5306
                                                    (202) 887–3726
                                                    Fax: (202) 530–9626
                                                    Email: jmendro@gibsondunn.com
                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeremy Max Christiansen**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 887–3623
Fax: (202) 530–9506
Email: jchristiansen@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Rozen**
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Suite 300
Washington, DC 20036–5306
(202) 887–3596
Fax: (202) 530–9596
Email: MRozen@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **BETH F. COBERT**<br>*Acting Director of United States Office of*<br>*Personnel Management, in her Official*<br>*Capacity* | represented by | **Andrew Evan Carmichael**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Elizabeth J. Shapiro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Evan Borson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Michelle Kopplin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Theis**
(See above for address)
*TERMINATED: 04/26/2016*

**Kieran Gavin Gostin**
(See above for address)
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
(See above for address)
*TERMINATED: 12/15/2016*

**Paul G. Freeborne**
(See above for address)
*TERMINATED: 03/03/2016*

**Defendant**

| KATHERINE ARCHULETA | | |
|---|---|---|
| *former Director of U.S. Office of Personnel Management, in her official capacity* | represented by | **Andrew Evan Carmichael** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**KATHERINE ARCHULETA**
*former Director of U.S. Office of
Personnel Management, in her official
capacity*

represented by    **Andrew Evan Carmichael**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Evan Borson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rebecca Michelle Kopplin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Kenneth Theis**
(See above for address)
*TERMINATED: 04/26/2016*

**Kieran Gavin Gostin**
(See above for address)
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
(See above for address)
*TERMINATED: 12/15/2016*

**Defendant**

**DEPARTMENT OF HOMELAND
SECURITY**

represented by    **Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliott M. Davis**
(See above for address)
*TERMINATED: 11/15/2021*

**John Kenneth Theis**
(See above for address)
*TERMINATED: 04/26/2016*

**Kieran Gavin Gostin**

(See above for address)
*TERMINATED: 10/28/2016*

**Defendant**

**ELAINE D. KAPLAN**                 represented by   **Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kieran Gavin Gostin**
(See above for address)
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
(See above for address)
*TERMINATED: 12/15/2016*

**Defendant**

**JOHN BERRY**                 represented by   **Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kieran Gavin Gostin**
(See above for address)
*TERMINATED: 10/28/2016*

**Matthew A. Josephson**
(See above for address)
*TERMINATED: 12/15/2016*

**Defendant**

**DOES**
*1 through 100 inclusive*

**Defendant**

**UNITED STATES OF AMERICA**                 represented by   **Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elliott M. Davis**
(See above for address)
*TERMINATED: 11/15/2021*

**Defendant**

**UNITED STATES DEPARTMENT
OF THE INTERIOR**                 represented by   **Philip Davis MacWilliams**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
| | **Elliott M. Davis**<br>(See above for address)<br>*TERMINATED: 11/15/2021* |

**Defendant**

| | | |
|---|---|---|
| **PERATON RISK DECISION INC**<br>*formerly known as*<br>KEYPOINT GOVERNMENT<br>SOLUTIONS, INC. | represented by | **Alexander H. Southwell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Francis Joseph Warin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jason J. Mendro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeremy Max Christiansen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Matthew S. Rozen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/09/2015 | 1 | | COPY OF TRANSFER ORDER dated 10/9/2015 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia, with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2664) (ztnr) (Entered: 10/16/2015) |
| 10/27/2015 | 5 | | COPY OF CONDITIONAL TRANSFER ORDER (CTO−1) dated 10/27/15 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2664) (ztnr) (Entered: 10/29/2015) |
| 10/29/2015 | 2 | | NOTICE of Appearance by Paras N. Shah on behalf of STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Shah, Paras) (Entered: 10/29/2015) |
| 10/29/2015 | 3 | | NOTICE of Appearance by Gregory J. O'Duden on behalf of STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN |

| | | | |
|---|---|---|---|
| | | | ORTINO (O'Duden, Gregory) (Entered: 10/29/2015) |
| 10/29/2015 | 4 | | NOTICE of Appearance by Larry J. Adkins on behalf of STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Adkins, Larry) (Entered: 10/29/2015) |
| 11/02/2015 | 6 | | NOTICE of Appearance by Devki Kaur Virk on behalf of STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Virk, Devki) (Entered: 11/02/2015) |
| 11/02/2015 | 7 | | NOTICE of Appearance by Leon Dayan on behalf of STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Dayan, Leon) (Entered: 11/02/2015) |
| 11/10/2015 | 8 | | INITIAL PRACTICE AND PROCEDURE ORDER. See Order for details. Signed by Judge Amy Berman Jackson on 11/10/15. (DMK) (Entered: 11/10/2015) |
| 11/13/2015 | 9 | | NOTICE of Appearance by Behram Parekh on behalf of VICTOR W. HOBBS (Parekh, Behram) (Entered: 11/13/2015) |
| 11/16/2015 | 10 | | NOTICE of Appearance by Graham B. LippSmith on behalf of MICHAEL HANAGAN (LippSmith, Graham) (Entered: 11/16/2015) |
| 11/16/2015 | 11 | | NOTICE of Appearance by Norman E. Siegel on behalf of MARY C. WOO (Siegel, Norman) (Entered: 11/16/2015) |
| 11/18/2015 | 12 | | NOTICE of Appearance by Daniel C. Girard on behalf of AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO (Girard, Daniel) (Entered: 11/18/2015) |
| 11/19/2015 | 13 | | NOTICE of Appearance by David Henry Thompson on behalf of RYAN BONNER (Thompson, David) (Entered: 11/19/2015) |
| 12/07/2015 | 14 | | NOTICE of Appearance by Denis F. Sheils on behalf of TERESA J. MCGARRY (Sheils, Denis) (Entered: 12/07/2015) |
| 12/08/2015 | 15 | | Joint STATUS REPORT by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, ELAINE D. KAPLAN, KEYPOINT GOVERNMENT SOLUTIONS, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Theis, John) (Entered: 12/08/2015) |
| 12/10/2015 | 16 | | NOTICE of Appearance by Carin L. Marcussen on behalf of GARY S. COX (Marcussen, Carin) (Entered: 12/10/2015) |
| 12/14/2015 | | | Set/Reset Hearings: The Initial Scheduling and Case Management Conference is scheduled for Tuesday, December 15, 2015, at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 12/14/2015) |
| 12/14/2015 | 17 | | NOTICE *of Withdrawal of Daniel Reilly For Consideration as Liaison Counsel* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, RYAN BONNER, MICAELA BROWN, NICHOLAS D. CAVIS, GARY S. COX, ROBERT CRAWFORD, ADAM DALE, ERIC W. EDGAR, MICHAEL HANAGAN, VICTOR W. HOBBS, STEPHEN HOWELL, EDWARD W. KRIPPENDORF, TERESA J. MCGARRY, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORAVIS, JOHN ORTINO, |

| | | |
|---|---|---|
| | | HECTOR PEREZ, WILLIAM PRESTON, JOHN RABER, EDWARD L. ROBBELOTH, NICOLE WAID, MARY C. WOO (Mason, Gary) (Entered: 12/14/2015) |
| 12/15/2015 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Initial Scheduling and Case Management Conference held on 12/15/2015. (Scheduling Order to be Issued) (Court Reporter: Janice Dickman) (jth) (Entered: 12/15/2015) |
| 12/15/2015 | 18 | NOTICE of Appearance by Alexander H. Southwell on behalf of KEYPOINT GOVERNMENT SOLUTIONS (Southwell, Alexander) (Entered: 12/15/2015) |
| 12/15/2015 | 19 | ORDER setting schedule for further proceedings. It is ORDERED that motions for appointment as plaintiffs' Liaison or Interim Lead Class Counsel are due December 22, 2015; plaintiffs' responses are due January 5, 2016; defendants' responses are due January 12, 2016; and a hearing on the motions is set for January 21, 2016 at 10:00 a.m. in Courtroom 3. It is further ORDERED that a consolidated amended complaint shall be filed approximately 30 days after appointment of Interim Lead Class Counsel. It is further ORDERED that motions to dismiss will be due approximately 60 days after the filing of the CAC, oppositions will be due approximately 45 days after that, and replies will be due approximately 21 days thereafter. Finally, it is ORDERED that discovery is stayed pending resolution of the motions to dismiss. SEE ORDER FOR DETAILS. Signed by Judge Amy Berman Jackson on 12/15/15. (DMK) (Entered: 12/15/2015) |
| 12/16/2015 | | Set/Reset Deadlines/Hearings: Motions for Appointment as Plaintiffs' Liaison or Interim Lead Class Counsel are due 12/22/2015; Plaintiffs' Responses are due 1/5/2016; Defendants' Responses are due 1/12/2016; A Hearing on the Motions is set for 1/21/2016 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 12/16/2015) |
| 12/17/2015 | 20 | NOTICE OF RELATED CASE by KEYPOINT GOVERNMENT SOLUTIONS. Case related to Case No. 15–cv–2686 (S.D. Cal.). (Attachments: # 1 Exhibit)(Mendro, Jason) (Entered: 12/17/2015) |
| 12/17/2015 | 21 | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on December 15, 2015; Page Numbers: 1–60. Date of Issuance: December 17, 2015. Court Reporter/Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <a href=http://www.dcd.uscourts.gov/dcd/node/2189>Transcript Order Form.</a></P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 1/7/2016. Redacted Transcript Deadline set for 1/17/2016. Release of Transcript Restriction set for 3/16/2016.(Dickman, Janice) (Entered: |

| | | | |
|---|---|---|---|
| | | | 12/17/2015) |
| 12/18/2015 | 22 | | NOTICE of Change of Address by Hassan A. Zavareei (Zavareei, Hassan) (Entered: 12/18/2015) |
| 12/21/2015 | | | MINUTE ORDER clarifying Order of December 15, 2015. It is ORDERED that motions for appointment as plaintiffs' Liaison or Interim Lead Class may be filed in the form of an application instead of a motion. It is further ORDERED that applications for membership on the plaintiffs' steering committee are also due by December 22, 2015 and shall follow the schedule set forth in the December 15, 2015 Order: applications are due by December 22, 2015; plaintiffs' responses, if any, are due by January 5, 2016; defendants' responses, if any, are due by January 12, 2016; and a hearing on the applications will be held on January 21, 2016 at 10:00 a.m. in Courtroom 3. Any attorney who has submitted an application seeking membership only to the steering committee, but not as Liaison or Interim Lead Counsel, may attend the hearing by telephone. Signed by Judge Amy Berman Jackson on 12/21/15. (DMK) (Entered: 12/21/2015) |
| 12/22/2015 | 23 | | NOTICE *Application of Gary E. Mason for Appointment as Liaison Counsel* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, RYAN BONNER, MICAELA BROWN, NICHOLAS D. CAVIS, GARY S. COX, ROBERT CRAWFORD, ADAM DALE, ERIC W. EDGAR, MICHAEL HANAGAN, VICTOR W. HOBBS, STEPHEN HOWELL, EDWARD W. KRIPPENDORF, TERESA J. MCGARRY, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORAVIS, JOHN ORTINO, HECTOR PEREZ, WILLIAM PRESTON, JOHN RABER, EDWARD L. ROBBELOTH, DERRICK SIMS, HOWARD SMITH, NICOLE WAID, MARY C. WOO (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B)(Mason, Gary) (Entered: 12/22/2015) |
| 12/22/2015 | 24 | | NOTICE *Application of Kohn Swift & Graf, P.C. to be Appointed to the Plaintiffs' Steering Committee, along with the Declaration of Denis F. Sheils* by TERESA J. MCGARRY (Attachments: # 1 Certificate of Service)(Sheils, Denis) (Entered: 12/22/2015) |
| 12/22/2015 | 25 | | NOTICE *Application of Norman E. Siegel for Appointment as Interim Lead Class Counsel and Hassan Zavareei for Appointment as Liaison Counsel* by MARY C. WOO (Attachments: # 1 Certificate of Service, # 2 Exhibit A, # 3 Exhibit B)(Siegel, Norman) (Entered: 12/22/2015) |
| 12/22/2015 | 26 | | MOTION to Appoint Counsel *(Mark Rosen) to Serve on Plaintiffs' Steering Committee* by CHAD KAPPERS, WILLIAM FLEISHELL III (Rosen, Mark) (Entered: 12/22/2015) |
| 12/22/2015 | 27 | | MEMORANDUM re 26 MOTION to Appoint Counsel *(Mark Rosen) to Serve on Plaintiffs' Steering Committee* filed by WILLIAM FLEISHELL III, CHAD KAPPERS by WILLIAM FLEISHELL III, CHAD KAPPERS. (Attachments: # 1 Exhibit A – Firm Biography)(Rosen, Mark) (Entered: 12/22/2015) |
| 12/22/2015 | 28 | | NOTICE of Proposed Order by WILLIAM FLEISHELL III, CHAD KAPPERS re 27 Memorandum, 26 MOTION to Appoint Counsel *(Mark Rosen) to Serve on Plaintiffs' Steering Committee* (Rosen, Mark) (Entered: 12/22/2015) |

| 12/22/2015 | 29 | | NOTICE *APPLICATION OF BEHRAM V. PAREKH TO PLAINTIFFS' STEERING COMMITTEE* by VICTOR W. HOBBS (Attachments: # 1 Declaration Behram V. Parekh, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Parekh, Behram) (Entered: 12/22/2015) |
|---|---|---|---|
| 12/22/2015 | 30 | | CERTIFICATE OF SERVICE by WILLIAM FLEISHELL III, CHAD KAPPERS re 27 Memorandum, 26 MOTION to Appoint Counsel *(Mark Rosen) to Serve on Plaintiffs' Steering Committee*, 28 Notice of Proposed Order . (Rosen, Mark) (Entered: 12/22/2015) |
| 12/22/2015 | 31 | | APPLICATION to Appoint Counsel *John Yanchunis as Lead Class Counsel or Co−Lead Class Counsel* by HECTOR PEREZ (Attachments: # 1 Exhibit John A. Yanchunis Resume) (Valladares, Marcio) (Entered: 12/22/2015) |
| 12/22/2015 | 32 | | NOTICE *Application for Appointment of Federman & Sherwood to Plaintiffs' Steering Committee and Brief in Support* by GARY S. COX re 19 Order,,, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Federman, William) (Entered: 12/22/2015) |
| 12/22/2015 | 33 | | APPLICATION to Appoint Counsel *Labaton Sucharow LLP and Labaton partner Joel H. Bernstein as Interim Lead Counsel and Sands Anderson, P.C. and Sands partner J. Jonathan Schraub as Liaison Counsel* by NICHOLAS D. CAVIS, ERIC W. EDGAR, EDWARD W. KRIPPENDORF, WILLIAM PRESTON, JOHN RABER, EDWARD L. ROBBELOTH, NICOLE WAID (Attachments: # 1 Declaration of Joel H. Bernstein, # 2 Declaration of J. Jonathan Schraub, # 3 Declaration of Nicole Waid, # 4 Declaration of Edward L. Robbeloth, # 5 Declaration of Eric W. Edgar, # 6 Declaration of William Preston, # 7 Declaration of Nicholas D. Cavis, # 8 Declaration of Edward W. Krippendorf, # 9 Declaration of John Raber)(Bernstein, Joel) (Entered: 12/22/2015) |
| 12/22/2015 | 34 | | NOTICE *Application for Appointment of Girard Gibbs LLP as Interim Lead Class Counsel* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, ROBERT CRAWFORD, ADAM DALE (Attachments: # 1 Declaration of Daniel C. Girard, # 2 Exhibit A, # 3 Exhibit B, # 4 Certificate of Service)(Girard, Daniel) (Entered: 12/22/2015) |
| 12/22/2015 | 35 | | NOTICE *of Application for Appointment of Cooper & Kirk, PLLC and Kessler Topaz Meltzer & Check, LLP as Interim Co−Lead Class Counsel* by RYAN BONNER (Attachments: # 1 Text of Proposed Order)(Thompson, David) (Entered: 12/22/2015) |
| 12/22/2015 | 36 | | MEMORANDUM by RYAN BONNER. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Thompson, David) (Entered: 12/22/2015) |
| 12/22/2015 | 37 | | NOTICE *of Application of Tina Wolfson of Ahdoot & Wolfson, PC for Appointment to Plaintiffs Steering Committee* by HOWARD SMITH (Attachments: # 1 Certificate of Service, # 2 Exhibit A)(Wolfson, Tina) (Entered: 12/22/2015) |
| 12/22/2015 | 38 | | NOTICE *of Application of Charles J. LaDuca to Plaintiffs' Steering Committee* by MICAELA BROWN (Attachments: # 1 Exhibit Exh. A − CGL Resume, # 2 Certificate of Service)(LaDuca, Charles) (Entered: 12/22/2015) |

| 12/22/2015 | 39 | | NOTICE *of Application of Nicholas Koluncich, III for Appointment to Plaintiffs' Steering Committee* by MICAELA BROWN (Attachments: # 1 Exhibit Exh. A – Firm Resume, # 2 Certificate of Service)(LaDuca, Charles) (Entered: 12/22/2015) |
| 12/23/2015 | 40 | | NOTICE *of Corrected Application of Charles J. LaDuca for Appointment to Plaintiffs' Steering Committee* by MICAELA BROWN re 38 Notice (Other) (Attachments: # 1 Exhibit Exhibit A: Cuneo, Gilbert & LaDuca, LLP Firm Resume, # 2 Certificate of Service)(LaDuca, Charles) (Entered: 12/23/2015) |
| 12/29/2015 | 41 | | COPY OF CONDITIONAL TRANSFER ORDER (CTO−2) dated 12/29/15 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2664)(ztnr) (Entered: 12/29/2015) |
| 12/30/2015 | | | MINUTE ORDER. This order relates to Binning, No. 15−cv−2259. In light of the transfer of Binning, No. 15−cv−2259, to this Court and pursuant to the Initial Practice and Procedure Order 8 entered by this Court in 15−mc−1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, it is ORDERED that plaintiff must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by January 8, 2016. It is further ORDERED that plaintiff shall file notice with the Court by January 8, 2016 stating whether he agrees to transfer his case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). Signed by Judge Amy Berman Jackson on 12/30/15. (DMK) (Entered: 12/30/2015) |
| 12/30/2015 | | | Set/Reset Deadlines: Notice due by 1/8/2016. Motion due by 1/8/2016. (zsm) (Entered: 12/30/2015) |
| 01/05/2016 | 42 | | RESPONSE re 26 MOTION to Appoint Counsel *(Mark Rosen) to Serve on Plaintiffs' Steering Committee* filed by WILLIAM FLEISHELL III, CHAD KAPPERS. (Attachments: # 1 Certificate of Service)(Rosen, Mark) (Entered: 01/05/2016) |
| 01/05/2016 | 43 | | NOTICE *OF KOHN, SWIFT & GRAF, P.C. IN FURTHER SUPPORT OF ITS APPLICATION TO BE APPOINTED TO PLAINTIFFS STEERING COMMITTEE* by TERESA J. MCGARRY re 24 Notice (Other) (Attachments: # 1 Certificate of Service)(Sheils, Denis) (Entered: 01/05/2016) |
| 01/05/2016 | 44 | | RESPONSE re 23 Notice (Other),, *in Support of Appointment of Plaintiffs' Liaison Counsel, Plaintiffs' Interim Lead Counsel and Members of the Plaintiffs' Steering Committee* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO. (Attachments: # 1 Text of Proposed Order)(Mason, Gary) (Entered: 01/05/2016) |
| 01/05/2016 | 45 | | NOTICE OF RELATED CASE by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, DOES, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Case related to Case No. 4:15−cv−5083 (N.D. Cal.). (Attachments: # 1 Exhibit Notice of Tag Along Action to JPML)(Carmichael, Andrew) (Entered: 01/05/2016) |

| 01/05/2016 | 46 | | RESPONSE re 34 Notice (Other), 23 Notice (Other),, 31 MOTION to Appoint Counsel *John Yanchunis as Lead Class Counsel or Co−Lead Class Counsel*, 25 Notice (Other), filed by MICHAEL HANAGAN. (Attachments: # 1 Declaration of Graham B. LippSmith, # 2 Certificate of Service)(LippSmith, Graham) (Entered: 01/05/2016) |
| 01/05/2016 | 47 | | RESPONSE re 29 Notice (Other) *Applications for Appointment to the Plaintiffs' Steering Committee* filed by VICTOR W. HOBBS. (Parekh, Behram) (Entered: 01/05/2016) |
| 01/05/2016 | 48 | | RESPONSE re 35 Notice (Other) filed by RYAN BONNER. (Thompson, David) (Entered: 01/05/2016) |
| 01/05/2016 | 49 | | RESPONSE *to Applications, and in Further Support of Application of Nicholas Koluncich, for Appointment to Plaintiffs' Steering Committee* filed by MICAELA BROWN. (Attachments: # 1 Certificate of Service)(LaDuca, Charles) (Entered: 01/05/2016) |
| 01/05/2016 | 50 | | RESPONSE *to Applications, and in Further Support of Application of Charles J. LaDuca, for Appointment to Plaintiffs' Steering Committee, and Joinder in Application of Nicholas Koluncich for Appointment to Steering Committee* filed by MICAELA BROWN. (Attachments: # 1 Certificate of Service)(LaDuca, Charles) (Entered: 01/05/2016) |
| 01/05/2016 | 51 | | RESPONSE *of Federman & Sherwood to Applications for Lead, Liaison and/or Plaintiffs' Steering Committee* filed by GARY S. COX. (Marcussen, Carin) (Entered: 01/05/2016) |
| 01/07/2016 | 52 | | NOTICE of Appearance by Robert K. Shelquist on behalf of JERAN BINNING (Shelquist, Robert) (Entered: 01/07/2016) |
| 01/08/2016 | 53 | | NOTICE *Plaintiff Jeran Binning's Notice of Consent to Transfer for Pretrial Purposes Without Waiving Right to Later Remand* by JERAN BINNING (Shelquist, Robert) (Entered: 01/08/2016) |
| 01/12/2016 | 54 | | NOTICE by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, DOES, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Carmichael, Andrew) (Entered: 01/12/2016) |
| 01/19/2016 | 55 | | NOTICE *Regarding Application of Norman E. Siegel for Appointment as Interim Lead Class Counsel and Hassan Zavareei For Appointment as Liaison Counsel* by MARY C. WOO (Siegel, Norman) (Entered: 01/19/2016) |
| 01/19/2016 | 56 | | COPY OF CONDITIONAL TRANSFER ORDER (CTO−3) dated 1/19/2016 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407. (MDL 2664)(ztnr) (Entered: 01/21/2016) |
| 01/21/2016 | | | Minute Entry for Proceedings held before Judge Amy Berman Jackson: Motions Hearing held on 1/21/2016, Re: 26 31 33 Motions and Applications for Appointment as Counsel. All were Heard and Taken Under Advisement. (ORDER TO BE ISSUED) (Court Reporter: Janice Dickman) (jth) (Entered: |

| | | | 01/21/2016) |
|---|---|---|---|
| 01/28/2016 | 57 | | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on January 21, 2016; Page Numbers: 1–84. Date of Issuance:January 24, 2016. Court Reporter/Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <a href=http://www.dcd.uscourts.gov/dcd/node/2189>Transcript Order Form.</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 2/18/2016. Redacted Transcript Deadline set for 2/28/2016. Release of Transcript Restriction set for 4/27/2016.(Dickman, Janice) (Entered: 01/28/2016) |
| 01/28/2016 | 58 | | ORDER appointing counsel to leadership positions for plaintiffs, setting forth time keeping requirements, and ordering that the consolidated amended complaint is due by March 14, 2016. This order relates to all cases. See order for details. Signed by Judge Amy Berman Jackson on 1/28/16. (DMK) (Entered: 01/28/2016) |
| 01/29/2016 | | | Set/Reset Deadline: The Consolidated Amended Complaint is due by 3/14/2016. (jth) (Entered: 01/29/2016) |
| 02/05/2016 | | | MINUTE ORDER. This order relates to Shamonda v. Department of Homeland Security, No. 16–cv–0178. In light of the transfer of Shamonda v. Department of Homeland Security, No. 16–cv–0178, to this Court and pursuant to the Initial Practice and Procedure Order 8 entered by this Court in 15–mc–1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, it is ORDERED that plaintiff must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by February 19, 2016. It is further ORDERED that plaintiff shall file notice with the Court by February 19, 2016 stating whether plaintiff agrees to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). Signed by Judge Amy Berman Jackson on 2/5/16. (DMK) (Entered: 02/05/2016) |
| 02/08/2016 | | | Set/Reset Deadlines: Pro Se Plaintiff Adedeji Shamonda (16–cv–178) must file, by motion, any objection to or request for relief from the Initial Practice and Procedure Order in case number 15–mc–1394 (Dkt. #8) by 2/19/2016, and Pro Se Plaintiff shall also file, by 2/19/2016, notice with the Court stating whether Pro Se Plaintiff agrees to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 02/08/2016) |

| 02/12/2016 | 59 | NOTICE OF RELATED CASE by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, DOES, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Case related to Case No. CAN 3:16–543. (Attachments: # 1 Exhibit)(Carmichael, Andrew) (Entered: 02/12/2016) |
|---|---|---|
| 02/25/2016 | 60 | COPY OF CONDITIONAL TRANSFER ORDER (CTO–4) dated 2/25/16 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407. (MDL 2664)(ztnr) (Entered: 02/25/2016) |
| 02/26/2016 | 61 | NOTICE TO THE COURT by ADEDEJI SHAMONDA (jf) (Entered: 02/29/2016) |
| 02/29/2016 | | MINUTE ORDER. This order relates to Shamonda v. Department of Homeland Security, No. 16–cv–0392. In light of the transfer of Shamonda v. Department of Homeland Security, No. 16–cv–00392, to this Court and pursuant to the Initial Practice and Procedure Order 8 entered by this Court in 15–mc–1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, it is ORDERED that plaintiff must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by March 14, 2016. It is further ORDERED that plaintiff shall file notice with the Court by March 14, 2016 stating whether plaintiff agrees to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). Signed by Judge Amy Berman Jackson on 2/29/16. (DMK) Modified on 3/1/2016 to reflect that this is a minute (paperless) order (jth). (Entered: 02/29/2016) |
| 03/01/2016 | | Set/Reset Deadlines: Pro Se Plaintiff Adebiyi K. Shamonda (16–cv–392) must file, by motion, any objection to or request for relief from the Initial Practice and Procedure Order in case number 15–mc–1394 (Dkt. #8) by 3/14/2016, and Pro Se Plaintiff shall also file, by 3/14/2016, notice with the Court stating whether Pro Se Plaintiff agrees to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 03/01/2016) |
| 03/03/2016 | 62 | NOTICE OF WITHDRAWAL OF APPEARANCE as to KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Attorney Paul G. Freeborne terminated. (Freeborne, Paul) (Entered: 03/03/2016) |
| 03/14/2016 | 63 | AMENDED COMPLAINT against KEYPOINT GOVERNMENT SOLUTIONS, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT with Jury Demand filed by RYAN BONNER, MICHAEL HANAGAN, TERESA J. MCGARRY, ROBERT CRAWFORD, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, MARIO SAMPEDRO, GARDELL BRANCH, ROBERT SLATER, JANE DOE II, |

| | | |
|---|---|---|
| | | TORALF PETERS, MYRNA BROWN, CHARLENE OLIVER, DARREN STRICKLAND, CYNTHIA KING–MYERS, TRAVIS ARNOLD, MICHAEL JOHNSON, TONY BACHTELL, ZACHARY SHARPER, JENNIFER GUM, JOHN DOE III, JOHN DOE II, JOHN DOE, MICHAEL EBERT, DEBORAH HOFFMAN, PAUL DALY, LILLIAN GONZALEZ–COLON, KELLY FLYNN, PETER ULIANO, RYAN LOZAR, ORIN GRIFFITH, TIMOTHY SEBERT, JOHNNY GONZALEZ, MARYANN HIBBS, ALIA FULI, HEATHER BURNETT–RICK, MONTY BOS, JANE DOE, NANCY WHEATLEY, KIMBERLY WINSOR.(Girard, Daniel) (Entered: 03/14/2016) |
| 03/15/2016 | | MINUTE ORDER. This order relates to all cases. Pursuant to the Court's orders of December 15, 2015 and January 28, 2016, it is ORDERED that motions to dismiss the consolidated amended complaint and the NTEU complaint are due May 13, 2016, oppositions are due June 27, 2016, and replies are due July 18, 2016. Signed by Judge Amy Berman Jackson on 3/15/16.(DMK) (Entered: 03/15/2016) |
| 03/17/2016 | | Set/Reset Deadlines: Motions to Dismiss the Consolidated Amended Complaint, and the NTEU Complaint are due 5/13/2016, Oppositions are due 6/27/2016, Replies are due 7/18/2016. (jth) (Entered: 03/17/2016) |
| 03/18/2016 | 64 | NOTICE by ADEBIYI K. SHAMONDA re Minute Order filed on 03/01/2016 (jf) (Entered: 03/22/2016) |
| 03/24/2016 | | MINUTE ORDER. This order relates to Adedeji Shamonda v. Department of Homeland Security, No. 16–0178, and Adebiyi Shamonda v. Department of Homeland Security, No. 16–0392. In light of waiver of the right to remand under 28 U.S.C. § 1407 and Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), filed by plaintiffs [Dkt. # 61 and #64], the consolidated amended complaint [Dkt. # 63] will serve as the superseding, operative complaint in the following additional cases: Adedeji Shamonda v. Department of Homeland Security, No. 16–0178, and Adebiyi Shamonda v. Department of Homeland Security, No. 16–0392. Signed by Judge Amy Berman Jackson on 3/24/16. (DMK) (Entered: 03/24/2016) |
| 04/08/2016 | 65 | NOTICE of Change of Address by Richard Henry Gordin (Gordin, Richard) (Entered: 04/08/2016) |
| 04/11/2016 | | NOTICE OF ERROR re 65 Notice of Change of Address; emailed to rhg@girardgibbs.com, cc'd 94 associated attorneys –– The PDF file you docketed contained errors: 1. You must file a notice of apperance (jf, ) (Entered: 04/11/2016) |
| 04/21/2016 | 66 | NOTICE of Appearance by Steven William Teppler on behalf of JOHN ORAVIS, HECTOR PEREZ (Teppler, Steven) (Entered: 04/21/2016) |
| 04/26/2016 | 67 | NOTICE of Appearance by Kieran Gavin Gostin on behalf of KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Gostin, Kieran) (Entered: 04/26/2016) |
| 05/03/2016 | 68 | MOTION for Leave to File Excess Pages *for Memorandum in Support of Motion to Dismiss the Consolidated Amended Complaint* by KATHERINE ARCHULETA (Attachments: # 1 Text of Proposed Order)(Josephson, |

| | | | |
|---|---|---|---|
| | | | Matthew) (Entered: 05/03/2016) |
| 05/04/2016 | 69 | | NOTICE of Change of Address by Gary Edward Mason (Mason, Gary) (Entered: 05/04/2016) |
| 05/04/2016 | | | MINUTE ORDER granting in part and denying in part 68 Unopposed Motion for Leave to File Excess Pages. This order relates to all cases except NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.). The federal defendant is granted leave to file a memorandum of no more than 70 pages in support of its motion to dismiss the three substantive Counts against it and that portion of Count 4 that applies to it. The Court notes that any footnotes in the memorandum, like the rest of the memorandum, must be in 12 point font. Signed by Judge Amy Berman Jackson on 5/4/16. (DMK) (Entered: 05/04/2016) |
| 05/13/2016 | 70 | | MOTION to Dismiss by KEYPOINT GOVERNMENT SOLUTIONS (Attachments: # 1 Appendix A, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Warin, Francis) (Entered: 05/13/2016) |
| 05/13/2016 | 71 | | Corporate Disclosure Statement by KEYPOINT GOVERNMENT SOLUTIONS. (Warin, Francis) (Entered: 05/13/2016) |
| 05/13/2016 | 72 | | MOTION to Dismiss the Consolidated Amended Complaint by KATHERINE ARCHULETA (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1 – OPM Announcement (June 5, 2015), # 3 Exhibit 2 – OPM Announcement (July 9, 2015), # 4 Exhibit 3 – Chart of Plaintiff's Alleged Damages)(Josephson, Matthew) (Entered: 05/13/2016) |
| 05/13/2016 | 73 | | MOTION to Dismiss the NTEU Complaint by KATHERINE ARCHULETA (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Josephson, Matthew) (Entered: 05/13/2016) |
| 05/17/2016 | | | MINUTE ORDER. This order relates to all cases. It is ORDERED that liaison counsel shall confer with interim lead class counsel, other plaintiffs' counsel, and defense counsel and file a notice listing all of the dates from the following list on which the parties would be available for a hearing on OPM's motion to dismiss and/or Keypoint's motion to dismiss the consolidated amended complaint: August 9, 10, 11, 30, 31; September 1; October 26, 27, 28; and November 4, 8, 9, and 10. The Court will schedule the hearing on OPM's motion to dismiss the NTEU complaint separately. Signed by Judge Amy Berman Jackson on 5/17/16. (DMK) (Entered: 05/17/2016) |
| 05/18/2016 | | | MINUTE ORDER. This order relates to all cases. The notice required by the minute order issued on May 17, 2016 shall be filed by May 27, 2016. SO ORDERED. Signed by Judge Amy Berman Jackson on 05/18/2016. (zjth) (Entered: 05/18/2016) |
| 05/27/2016 | 74 | | NOTICE of Proposed Hearing Dates by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, JERAN BINNING, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MICAELA BROWN, MYRNA BROWN, HEATHER BURNETT–RICK, NICHOLAS D. CAVIS, GARY S. COX, ROBERT CRAWFORD, ADAM DALE, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, ERIC W. EDGAR, WILLIAM FLEISHELL III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, |

| | | | |
|---|---|---|---|
| | | | JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, VICTOR W. HOBBS, DEBORAH HOFFMAN, STEPHEN HOWELL, IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION, MICHAEL JOHNSON, CHAD KAPPERS, CYNTHIA KING–MYERS, EDWARD W. KRIPPENDORF, RYAN LOZAR, TERESA J. MCGARRY, NATIONAL TREASURY EMPLOYEES UNION, CHARLENE OLIVER, JOHN ORAVIS, JOHN ORTINO, HECTOR PEREZ, TORALF PETERS, WILLIAM PRESTON, JOHN RABER, EDWARD L. ROBBELOTH, MARIO SAMPEDRO, TIMOTHY SEBERT, ADEBIYI K. SHAMONDA, ADEDEJI SHAMONDA, ZACHARY SHARPER, DERRICK SIMS, ROBERT SLATER, HOWARD SMITH, DARREN STRICKLAND, PETER ULIANO, NICOLE WAID, NANCY WHEATLEY, KIMBERLY WINSOR, MARY C. WOO re Order,, Order, Set Deadlines (Mason, Gary) (Entered: 05/27/2016) |
| 06/03/2016 | 75 | | AMENDED COMPLAINT against BETH F. COBERT filed by NATIONAL TREASURY EMPLOYEES UNION.(Shah, Paras) (Entered: 06/03/2016) |
| 06/03/2016 | 76 | | NOTICE *Regarding Filing of Amended Complaint* by NATIONAL TREASURY EMPLOYEES UNION (Shah, Paras) (Entered: 06/03/2016) |
| 06/07/2016 | | | MINUTE ORDER. This order relates to all cases except NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.). In light of the notice of proposed hearing dates 74 , a hearing on OPM's motion to dismiss 72 and KeyPoint's motion to dismiss 70 is scheduled for October 27, 2016 at 10:00 a.m., and the hearing will continue on November 10, 2016 at 10:00 a.m. Signed by Judge Amy Berman Jackson on 6/7/16. (DMK) (Entered: 06/07/2016) |
| 06/07/2016 | | | MINUTE ORDER. This order relates to NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.), denying as moot 73 Federal Defendant's Motion to Dismiss the NTEU Plaintiffs' Complaint. In light of the amended complaint filed by the NTEU plaintiffs 75 , federal defendant's motion to dismiss is denied as moot. Federal defendant shall answer or otherwise respond to the amended complaint by June 21, 2016. Signed by Judge Amy Berman Jackson on 6/7/16. (DMK) (Entered: 06/07/2016) |
| 06/09/2016 | | | Set/Reset Hearings: Hearing on OPM's Motion to Dismiss 72 and KeyPoint's Motion to Dismiss 70 is scheduled for 10/27/2016 at 10:00 AM, and the hearing will continue on 11/10/2016 at 10:00 AM. (jth) (Entered: 06/09/2016) |
| 06/15/2016 | 77 | | Joint MOTION for Briefing Schedule by KATHERINE ARCHULETA, BETH F. COBERT, DONNA SEYMOUR, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Text of Proposed Order)(Josephson, Matthew) (Entered: 06/15/2016) |
| 06/16/2016 | | | MINUTE ORDER granting 77 Motion to Modify Briefing Schedule. This order relates to all cases. It is ORDERED that the government's anticipated motion to dismiss the amended complaint in National Treasury Employees Union v. Colbert, 15–cv–1808–ABJ, is due June 27, 2016; plaintiff's opposition is due July 27, 2016; and the government's reply is due August 29, 2016. It is further ORDERED that plaintiffs' oppositions to defendants' motions to dismiss the consolidated amended complaint are due June 30, 2016 and defendants' replies are due August 3, 2016. Signed by Judge Amy Berman Jackson on 6/16/16. (DMK) (Entered: 06/16/2016) |

| | | |
|---|---|---|
| 06/17/2016 | | Set/Reset Deadlines: The Government's anticipated Motion to Dismiss the Amended Complaint in NTEU v. Colbert, 15–cv–1808 (ABJ) is due 6/27/2016; Plaintiff's Opposition is due 7/27/2016; the Government's Reply is due 8/29/2016. Plaintiffs' Oppositions to Defendants' Motions to Dismiss the Consolidated Amended Complaint are due by 6/30/2016; Defendants' Replies are due by 8/3/2016. (jth) (Entered: 06/17/2016) |
| 06/17/2016 | 78 | COPY OF CONDITIONAL TRANSFER ORDER (CTO–5) dated 6/17/16 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2664) (ztnr) (Entered: 06/20/2016) |
| 06/21/2016 | | MINUTE ORDER. This order relates to Golden v. U.S. Office of Personnel Management, 16–cv–1253. In light of the transfer of Golden v. U.S. Office of Personnel Management to this Court and pursuant to the Initial Practice and Procedure Order 8 entered by this Court in 15–mc–1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, it is ORDERED that plaintiffs must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by July 5, 2016. It is further ORDERED that plaintiffs shall file notice with the Court by July 5, 2016 stating whether plaintiffs agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). Signed by Judge Amy Berman Jackson on 6/21/16. (DMK) (Entered: 06/21/2016) |
| 06/21/2016 | 79 | MOTION for Leave to File *Excess Pages for Memorandum in Support of Consolidated Opposition to Defendants' Motions to Dismiss the Consolidated Amended Complaint* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR (Attachments: # 1 Text of Proposed Order)(Girard, Daniel) (Entered: 06/21/2016) |
| 06/21/2016 | | Set/Reset Deadlines: Plaintiffs' in 16–cv–1253, Golden v. OPM, must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by 7/5/2016. Plaintiffs shall also file notice with the Court by 7/5/2016 stating whether they agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 06/22/2016) |
| 06/22/2016 | | MINUTE ORDER granting 79 unopposed motion for leave to file. This order |

| | | | |
|---|---|---|---|
| | | | relates to all cases except NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.). It is ORDERED that plaintiffs are permitted to file a consolidated opposition to defendants' motions to dismiss the consolidated amended complaint, which shall not exceed 110 pages. Signed by Judge Amy Berman Jackson on 6/22/16. (DMK) (Entered: 06/22/2016) |
| 06/22/2016 | 80 | | NOTICE of Appearance by Joseph Evan Borson on behalf of KATHERINE ARCHULETA, BETH F. COBERT, DONNA SEYMOUR, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Borson, Joseph) (Entered: 06/22/2016) |
| 06/27/2016 | 81 | | MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint* by BETH F. COBERT (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Josephson, Matthew) (Entered: 06/27/2016) |
| 06/30/2016 | 82 | | Memorandum in opposition to re 70 MOTION to Dismiss , 72 MOTION to Dismiss *the Consolidated Amended Complaint* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Girard, Daniel) (Entered: 06/30/2016) |
| 07/14/2016 | | | MINUTE ORDER. This order relates to Golden v. OPM, 16–cv–1253. On June 21, 2016, the Court ordered plaintiffs in that case to file by July 5, 2016 any objection or request for relief from the Initial Practice and Procedure Order and notice of their position on waiver of remand. Receiving no filing from plaintiffs by the deadline, the Court notes that plaintiffs are bound by the Initial Practice and Procedure Order 8 . Further, it is ORDERED that plaintiffs shall file notice by July 25, 2016 stating whether they agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). Signed by Judge Amy Berman Jackson on 7/14/16. (DMK) (Entered: 07/14/2016) |
| 07/14/2016 | | | Set/Reset Deadlines: This relates to Golden v. OPM, case No. 16–cv–1253. Plaintiffs shall file notice by 7/25/2016 stating whether they agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 07/14/2016) |
| 07/27/2016 | 83 | | MOTION for Leave to File Excess Pages by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Text of Proposed Order)(Josephson, Matthew) (Entered: 07/27/2016) |
| 07/27/2016 | 84 | | Memorandum in opposition to re 81 MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint* filed by EUGENE GAMBARDELLA, STEPHEN |

| | | | |
|---|---|---|---|
| | | | HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO. (Attachments: # 1 Text of Proposed Order)(Shah, Paras) (Entered: 07/27/2016) |
| 07/27/2016 | | | MINUTE ORDER granting 83 defendant OPM's unopposed motion for leave to file excess pages. This order relates to all cases except NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.). It is ORDERED that OPM is permitted to file a reply not to exceed 35 pages in support of its motion to dismiss the Consolidated Amended Complaint. Signed by Judge Amy Berman Jackson on 7/27/16. (DMK) (Entered: 07/27/2016) |
| 07/27/2016 | 85 | | MOTION for Leave to File Excess Pages by KEYPOINT GOVERNMENT SOLUTIONS (Attachments: # 1 Text of Proposed Order)(Mendro, Jason) (Entered: 07/27/2016) |
| 07/27/2016 | | | MINUTE ORDER granting 85 KeyPoint's unopposed motion for leave to file excess pages. This order relates to all cases except NTEU v. Cobert, 15–cv–1808–ABJ (D.D.C.). It is ORDERED that KeyPoint is permitted to file a reply not to exceed 35 pages in support of its motion to dismiss the Consolidated Amended Complaint. It is FURTHER ORDERED that the reply briefs of both defendants should not repeat arguments set forth in their initial briefs. Signed by Judge Amy Berman Jackson on 7/27/16. (DMK) (Entered: 07/27/2016) |
| 08/01/2016 | | | MINUTE ORDER. This order relates to Golden v. OPM, 16–cv–1253. The Court has twice ordered plaintiffs to notify the Court whether they agree to transfer the case to this Court for all purposes and to waive their right to remand to the N.D. of Alabama upon completion of the pretrial proceedings. See Minute Orders of June 21, 2016 and July 14, 2016. Both times, plaintiffs have failed to respond. Therefore, it is ORDERED that if plaintiffs in Golden v. OPM, 16–cv–1253 object to the transfer of the the case to this district for all purposes, and wish to assert their right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a), they must notify the Court by August 8, 2016. Failure to note an objection by that date may be deemed to be a waiver of plaintiffs' right to remand. Signed by Judge Amy Berman Jackson on 8/1/16.(DMK) (Entered: 08/01/2016) |
| 08/01/2016 | | | Set/Reset Deadlines: This relates to Golden v. OPM, case No. 16–cv–1253. Plaintiffs shall file notice by 8/8/2016 stating whether they agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 08/01/2016) |
| 08/02/2016 | | | MINUTE ORDER. This order relates to ALL CASES. It is ORDERED that there will be hearing on defendant's motion to dismiss the NTEU complaint 81 on October 27, 2016 at 10:00 a.m. when the motions related to the consolidated amended complaint are already scheduled to be heard. Counsel are advised that this hearing will address the standing and jurisdictional issues raised in Section I of OPM's memorandum [72–1] at 16–37, and Section I of KeyPoint's memorandum 70 at 6–17, as well as Section I of defendant's memorandum in support of the motion to dismiss the NTEU complaint [81–1] at 6–14. The Court will also hear argument on Section II of OPM's argument concerning the failure to plead actual damages under the Privacy Act [72–1] at 37–42, and |

| | | | |
|---|---|---|---|
| | | | Section II of KeyPoint's argument concerning government contractor immunity 70 at 17–22. Signed by Judge Amy Berman Jackson on 8/2/16.(DMK) (Entered: 08/02/2016) |
| 08/03/2016 | 86 | | REPLY to opposition to motion re 70 MOTION to Dismiss filed by KEYPOINT GOVERNMENT SOLUTIONS. (Attachments: # 1 Appendix A)(Warin, Francis) (Entered: 08/03/2016) |
| 08/03/2016 | 87 | | REPLY to opposition to motion re 72 MOTION to Dismiss *the Consolidated Amended Complaint* filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Josephson, Matthew) (Entered: 08/03/2016) |
| 08/08/2016 | 88 | | NOTICE of Appearance by Eric J. Artrip on behalf of DAVID A. GOLDEN, LILIANA GOLDEN, RONNIE GOLDEN (Artrip, Eric) (Entered: 08/08/2016) |
| 08/08/2016 | 89 | | NOTICE *of Election* by DAVID A. GOLDEN, LILIANA GOLDEN, RONNIE GOLDEN re Order,,, Set/Reset Deadlines, Order,,, (Artrip, Eric) (Entered: 08/08/2016) |
| 08/23/2016 | 90 | | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Exhibit Opinion in Attias v. CareFirst)(Carmichael, Andrew) (Entered: 08/23/2016) |
| 08/29/2016 | 91 | | REPLY to opposition to motion re 81 MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint* filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Carmichael, Andrew) (Entered: 08/29/2016) |
| 09/16/2016 | 92 | | NOTICE OF SUPPLEMENTAL AUTHORITY by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Attachments: # 1 Exhibit)(Shah, Paras) (Entered: 09/16/2016) |
| 10/05/2016 | 93 | | NOTICE OF SUPPLEMENTAL AUTHORITY by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Attachments: # 1 Exhibit)(Shah, Paras) (Entered: 10/05/2016) |
| 10/13/2016 | 94 | | NOTICE by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Shah, Paras) (Entered: 10/13/2016) |
| 10/17/2016 | 95 | | NOTICE OF SUPPLEMENTAL AUTHORITY by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit |

| | | | |
|---|---|---|---|
| | | | 6)(Girard, Daniel) (Entered: 10/17/2016) |
| 10/27/2016 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Motions Hearing begun and held on 10/27/2016 re: 70 Motion to Dismiss filed by KEYPOINT GOVERNMENT SOLUTIONS; 72 Motion to Dismiss *the Consolidated Amended Complaint* filed by KATHERINE ARCHULETA, 81 Motion to Dismiss *NTEU Plaintiffs' Amended Complaint* filed by BETH F. COBERT. Motions Hearing continued to 11/10/2016 at 9:30 AM in Courtroom 3 before Judge Amy Berman Jackson. (Court Reporter: Janice Dickman) (jth) (Entered: 10/27/2016) |
| 10/27/2016 | 96 | | NOTICE of Appearance by Peter A. Patterson on behalf of RYAN BONNER (Patterson, Peter) (Entered: 10/27/2016) |
| 10/28/2016 | 97 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Attorney Kieran Gavin Gostin terminated. (Josephson, Matthew) (Entered: 10/28/2016) |
| 10/31/2016 | 98 | | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on October 27, 2016; Page Numbers: 1–112. Date of Issuance:October 31, 2016. Court Reporter/Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter r eferenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 11/21/2016. Redacted Transcript Deadline set for 12/1/2016. Release of Transcript Restriction set for 1/29/2017.(Dickman, Janice) (Entered: 10/31/2016) |
| 11/02/2016 | | | MINUTE ORDER. This Order relates to all cases. It is ORDERED that all parties, including plaintiffs in the NTEU case, may appear at the November 10, 2016 hearing to argue other issues raised in the motions to dismiss that were not argued at the October 27, 2016 hearing. Signed by Judge Amy Berman Jackson on 11/2/16. (DMK) (Entered: 11/02/2016) |
| 11/03/2016 | 99 | | NOTICE *OF RECENT DECISION* by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION, ELAINE D. KAPLAN (Attachments: # 1 Exhibit A – Welborn v. IRS (D.D.C. Nov. 2, 2016))(Borson, Joseph) (Entered: 11/03/2016) |
| 11/07/2016 | 100 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Patrick A. Barthle, II on behalf of HECTOR PEREZ (Barthle, Patrick) (Entered: 11/07/2016) |
| 11/07/2016 | 101 | | NOTICE of Appearance by John Yanchunis on behalf of HECTOR PEREZ (Yanchunis, John) (Entered: 11/07/2016) |
| 11/08/2016 | 102 | | NOTICE *of Supplemental Citations* by KEYPOINT GOVERNMENT SOLUTIONS (Mendro, Jason) (Entered: 11/08/2016) |
| 11/09/2016 | 103 | | RESPONSE re 102 Notice (Other) *of Supplemental Citations* filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 11/09/2016) |
| 11/10/2016 | | | Minute Entry for Proceedings held before Judge Amy Berman Jackson: Motions Hearing held on 11/10/2016 re: KEYPOINT GOVERNMENT SOLUTIONS 70 MOTION to Dismiss, and The Government's 72 MOTION to Dismiss *the Consolidated Amended Complaint*, and 81 MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint*. All Motions 70 , 72 , and 81 were Heard and Taken Under Advisement. (Court Reporter: Janice Dickman) (jth) (Entered: 11/10/2016) |
| 11/16/2016 | 104 | | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on November 10, 2016; Page Numbers: 1–84. Date of Issuance: November 14, 2016. Court Reporter/Transcriber Janice Dickman, Telephone number 202–354–3267, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 12/7/2016. Redacted Transcript Deadline set for 12/17/2016. Release of Transcript Restriction set for 2/14/2017.(Dickman, Janice) (Entered: 11/16/2016) |
| 12/15/2016 | 105 | | NOTICE OF WITHDRAWAL OF APPEARANCE as to UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Attorney Matthew A. Josephson |

| | | | |
|---|---|---|---|
| | | | terminated. (Josephson, Matthew) (Entered: 12/15/2016) |
| 01/23/2017 | 106 | | NOTICE OF SUPPLEMENTAL AUTHORITY by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Attachments: # 1 Exhibit)(Shah, Paras) (Entered: 01/23/2017) |
| 01/26/2017 | 107 | | RESPONSE re 106 NOTICE OF SUPPLEMENTAL AUTHORITY filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Carmichael, Andrew) (Entered: 01/26/2017) |
| 01/30/2017 | 108 | | RESPONSE re 106 NOTICE OF SUPPLEMENTAL AUTHORITY filed by KEYPOINT GOVERNMENT SOLUTIONS. (Mendro, Jason) (Entered: 01/30/2017) |
| 02/08/2017 | 109 | | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Exhibit Ex. A – Beck v. McDonald)(Borson, Joseph) (Entered: 02/08/2017) |
| 02/09/2017 | 110 | | RESPONSE re 109 NOTICE OF SUPPLEMENTAL AUTHORITY filed by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO. (Shah, Paras) (Entered: 02/09/2017) |
| 08/01/2017 | 111 | | NOTICE OF SUPPLEMENTAL AUTHORITY by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR (Attachments: # 1 Exhibit A)(Girard, Daniel) (Entered: 08/01/2017) |
| 08/01/2017 | | | MINUTE ORDER. The Court has the motions to dismiss in this multidistrict litigation under advisement and is aware of the decision issued by the D.C. Circuit Court of Appeals in Attias v. CareFirst, Inc., case no. 16–7108. Given this, counsel need not file a notice of additional authority, but either side may address the application of the opinion to the issues pending before this Court in a submission no longer that five pages filed by August 15, 2017. Any submissions should not repeat arguments or authorities set forth previously. Signed by Judge Amy Berman Jackson on 8/1/17. (DMK) (Entered: 08/01/2017) |
| 08/04/2017 | 112 | | SUPPLEMENTAL MEMORANDUM to re 81 MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint* filed by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO. (Shah, Paras) (Entered: 08/04/2017) |
| 08/15/2017 | 113 | | |

| | | | SUPPLEMENTAL MEMORANDUM re 72 MOTION to Dismiss *the Consolidated Amended Complaint* filed by KATHERINE ARCHULETA, 81 MOTION to Dismiss *NTEU Plaintiffs' Amended Complaint* filed by BETH F. COBERT by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Carmichael, Andrew) Modified event title on 8/16/2017 (znmw). (Entered: 08/15/2017) |
| 08/15/2017 | 114 | | SUPPLEMENTAL MEMORANDUM re 70 MOTION to Dismiss filed by KEYPOINT GOVERNMENT SOLUTIONS by KEYPOINT GOVERNMENT SOLUTIONS. (Mendro, Jason) Modified event title on 8/16/2017 (znmw). (Entered: 08/15/2017) |
| 08/15/2017 | 115 | | SUPPLEMENTAL MEMORANDUM re 82 Memorandum in Opposition,,, filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, JOHN DOE, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MICHAEL JOHNSON, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, LILLIAN GONZALEZ–COLON, JOHN DOE II by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) Modified event title on 8/16/2017 (znmw). (Entered: 08/15/2017) |
| 09/19/2017 | 116 | | ORDER granting 70 Defendant KeyPoint Government Solutions, Inc.'s Motion to Dismiss Plaintiffs' Consolidated Amended Complaint; granting 72 Federal Defendant's Motion to Dismiss the Consolidated Amended Complaint; and granting 81 Federal Defendant's Motion to Dismiss the NTEU Plaintiffs' Amended Complaint. See Order for details. Signed by Judge Amy Berman Jackson on 9/19/17. (DMK) (Entered: 09/19/2017) |
| 09/19/2017 | 117 | | MEMORANDUM OPINION. Signed by Judge Amy Berman Jackson on 9/19/17. (DMK) (Entered: 09/19/2017) |
| 09/19/2017 | 118 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 116 Order on Motion to Dismiss,,,,, 117 Memorandum & Opinion by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, |

| | | | |
|---|---|---|---|
| | | | JOHN ORTINO. Filing fee $ 505, receipt number 0090–5122668. Fee Status: Fee Paid. Parties have been notified. (Shah, Paras) (Entered: 09/19/2017) |
| 09/20/2017 | 119 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 118 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 09/20/2017) |
| 09/27/2017 | | | USCA Case Number 17–5217 for 118 Notice of Appeal to DC Circuit Court, filed by NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO, STEPHEN HOWELL, EUGENE GAMBARDELLA. (zrdj) (Entered: 09/28/2017) |
| 10/05/2017 | 120 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 116 Order on Motion to Dismiss,,,,, 117 Memorandum & Opinion by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. Filing fee $ 505, receipt number 0090–5147740. Fee Status: Fee Paid. Parties have been notified. (Girard, Daniel) (Entered: 10/05/2017) |
| 10/06/2017 | 121 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 120 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 10/06/2017) |
| 10/11/2017 | 122 | | Amended NOTICE OF APPEAL re appeal 120 by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 10/11/2017) |
| 10/12/2017 | 123 | | Supplemental Record on Appeal transmitted to US Court of Appeals re 122 Amended Notice of Appeal; USCA Case Number: Unknown. (znmw) (Entered: 10/12/2017) |
| 10/12/2017 | | | |

|            |       |   |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|-------|---|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       |   | USCA Case Number 17–5232 for 122 Amended Notice of Appeal,, filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, JOHN DOE, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, LILLIAN GONZALEZ–COLON, JOHN DOE II, 118 Notice of Appeal to DC Circuit Court, filed by NATIONAL TREASURY EMPLOYEES UNION, STEPHEN HOWELL, JOHN ORTINO, EUGENE GAMBARDELLA. (zrdj) (Entered: 10/12/2017) |
| 11/07/2017 | 124 |   | NOTICE of Change of Address by Tina Wolfson (Wolfson, Tina) (Entered: 11/07/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         |
| 11/08/2017 | 125 |   | NOTICE OF APPEAL TO THE FEDERAL CIRCUIT as to 116 Order on Motion to Dismiss,,,,, 117 Memorandum & Opinion by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. Filing fee $ 505, receipt number 0090–5197882. Fee Status: Fee Paid. Parties have been notified. (Girard, Daniel) (Entered: 11/08/2017) |
| 11/09/2017 | 126 |   | ENTERED IN ERROR.....Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 125 Notice of Appeal to the Federal Circuit. (znmw) Modified on 11/9/2017 (znmw). (Entered: 11/09/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 11/09/2017 |       |   | NOTICE OF CORRECTED DOCKET ENTRY: Docket Entry 126 Transmission of Notice of Appeal and Docket Sheet to USCA was entered in error and will be retransmitted to the Federal Circuit. (znmw) (Entered: 11/09/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 11/09/2017 | 127 |   | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to Federal Circuit. The appeal fee was paid this date re 125 Notice of Appeal to the Federal Circuit. (znmw) (Entered: 11/09/2017)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 11/15/2017 |       |   | USCA Federal Circuit Case Number 18–1182–CB for 125 Notice of Appeal to the Federal Circuit filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |

| | | | |
|---|---|---|---|
| | | | EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, JOHN DOE, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MICHAEL JOHNSON, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, LILLIAN GONZALEZ–COLON, JOHN DOE II. (zrdj) (Entered: 12/01/2017) |
| 11/21/2017 | 128 | | NOTICE of Transcript Purchase Order Form re 125 Notice of Appeal to the Federal Circuit (zrdj) (Entered: 12/04/2017) |
| 12/18/2017 | 129 | | ORDER of USCA Federal Circuit as to 125 Notice of Appeal to the Federal Circuit, filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, JOHN DOE, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MICHAEL JOHNSON, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, LILLIAN GONZALEZ–COLON, JOHN DOE II ; USCA Federal Circuit Case Number 18–1182–CB. (zrdj) (Entered: 01/03/2018) |
| 05/30/2018 | 130 | | NOTICE OF RELATED CASE by KATHERINE ARCHULETA, JOHN BERRY, BETH F. COBERT, DOES, ELAINE D. KAPLAN, DONNA SEYMOUR, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Case related to Case No. Parton v. US (1:18cv409 DNM). (Attachments: # 1 Exhibit Notice of Tag Along)(Carmichael, Andrew) (Entered: 05/30/2018) |
| 06/12/2018 | 131 | | CONDITIONAL TRANSFER ORDER (CTO–6) dated 6/12/18 from the Judicial Panel on Multidistrict Litigation directing the transfer to the U.S. District Court for the District of Columbia with the consent of that court, assigned to the Honorable Judge Amy Berman Jackson for coordinated pretrial proceedings pursuant to 28 U.S.C. 1407.(MDL 2664) (ztnr) (Entered: 06/14/2018) |
| 06/21/2018 | 132 | | NOTICE of Change of Firm Address by MICHAEL HANAGAN (Attachments: # 1 Certificate of Service)(LippSmith, Graham) (Entered: 06/21/2018) |
| 06/22/2018 | | | MINUTE ORDER. This order relates to Parton v. United States of America, 18–cv–1416. In light of the transfer of Parton v. United States of America to this Court and pursuant to the Initial Practice and Procedure Order 8 entered by |

| | | |
|---|---|---|
| | | this Court in 15−mc−1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, it is ORDERED that plaintiffs must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by July 2, 2018. It is FURTHER ORDERED that plaintiffs shall file notice with the Court by July 2, 2018 stating whether plaintiffs agree to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). The Court notes that an appeal of its ruling dismissing the consolidated case is pending before the U.S. Court of Appeals for the District of Columbia, In re: U.S. Office of Personnel Management Data Security Breach Litigation, 17−5235. Signed by Judge Amy Berman Jackson on 6/22/18. (DMK) (Entered: 06/22/2018) |
| 06/24/2018 | | Set/Reset Deadlines: In light of the transfer of Parton v. United States of America to this Court and pursuant to the Initial Practice and Procedure Order Dkt. #8 entered by this Court in 15−mc−1394, In Re: U.S. Office of Personnel Management Data Security Breach Litigation, Plaintiff must file by motion any objection to or request for relief from the Initial Practice and Procedure Order by 7/2/2018. Plaintiff shall further, file notice with the Court by 7/2/2018 stating whether plaintiff agrees to transfer the case for all purposes, waiving any right to remand under Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998), and 28 U.S.C.§1407(a). (jth) (Entered: 06/24/2018) |
| 07/05/2018 | 133 | MOTION to Stay *Or In the Alternative Unopposed Motion for Extension of Time to Respond* by UNITED STATES OF AMERICA (Attachments: # 1 Text of Proposed Order)(MacWilliams, Philip). Added MOTION for Extension of Time to File Response/Reply on 7/6/2018 (ztd). (Entered: 07/05/2018) |
| 07/06/2018 | | MINUTE ORDER. In light of defendants' motion to stay or in the alternative, for an extension of time to respond to the complaint in the Parton matter 133 , it is ORDERED that the deadline for defendants to respond to the complaint is held in abeyance pending the Court's ruling on defendants' motion. The Court notes that pursuant to LCvR 7(b), plaintiff's opposition to the motion is due by July 19, 2018. Signed by Judge Amy Berman Jackson on 7/6/18. (DMK) (Entered: 07/06/2018) |
| 07/06/2018 | | Set/Reset Deadlines: Plaintiff's Opposition to the 133 Motion to Stay is due by 7/19/2018. (jth) (Entered: 07/08/2018) |
| 07/19/2018 | 134 | RESPONSE re 133 MOTION to Stay *Or In the Alternative Unopposed Motion for Extension of Time to Respond* MOTION for Extension of Time to File Response/Reply filed by LAHOMA SUE PARTON. (Lewis, Jason) (Entered: 07/19/2018) |
| 07/19/2018 | 135 | REPLY to opposition to motion re 133 MOTION to Stay *Or In the Alternative Unopposed Motion for Extension of Time to Respond* MOTION for Extension of Time to File Response/Reply filed by UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES OF AMERICA, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Davis, Elliott) (Entered: 07/19/2018) |
| 10/01/2018 | 136 | NOTICE *of Change of Firm Name* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL−CIO, TRAVIS ARNOLD, TONY |

|  |  |  |  |
|---|---|---|---|
|  |  |  | BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR (Girard, Daniel) (Entered: 10/01/2018) |
| 10/29/2019 | 137 |  | MANDATE of USCA as to 118 Notice of Appeal to DC Circuit Court, filed by NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO, STEPHEN HOWELL, EUGENE GAMBARDELLA, 122 Amended Notice of Appeal,, filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, JOHN DOE CORPORATION, LILLIAN GONZALEZ–COLON, JOHN DOE II ; USCA Case Number 17–5217 Consolidated with 17–5232. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 10/29/2019) |
| 11/14/2019 |  |  | MINUTE ORDER. It is ORDERED that the parties shall meet and confer and file a proposed schedule for further proceedings by November 26, 2019. It is FURTHER ORDERED that a status conference is set for December 3, 2019 at 10:00 AM in Courtroom 3. Signed by Judge Amy Berman Jackson on 11/14/19. (DMK) (Entered: 11/14/2019) |
| 11/14/2019 |  |  | Set/Reset Deadlines/Hearings: The parties shall meet and confer and file a proposed schedule for further proceedings by 11/26/2019. A Status Conference is set for 12/3/2019 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. (jth) (Entered: 11/14/2019) |
| 11/25/2019 | 138 |  | NOTICE of Appearance by Joshua Edward Gardner on behalf of UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Gardner, Joshua) (Entered: 11/25/2019) |
| 11/26/2019 | 139 |  | NOTICE by EUGENE GAMBARDELLA, STEPHEN HOWELL, NATIONAL TREASURY EMPLOYEES UNION, JOHN ORTINO (Shah, Paras) (Entered: 11/26/2019) |
| 11/26/2019 |  |  | MINUTE ORDER. This order relates to all cases. Pursuant to the June 21, 2019 the ruling of the U.S. Court of Appeals for the District of Columbia Circuit, plaintiffs National Treasury Employees Union, Eugene Gambardella, Stephen Howell, and Jonathon Ortino are dismissed from this consolidated |

| | | | |
|---|---|---|---|
| | | | action for failure to state a claim. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/26/19. (DMK) (Entered: 11/26/2019) |
| 11/26/2019 | 140 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Patterson, Peter) (Entered: 11/26/2019) |
| 12/03/2019 | | | NOTICE OF ERROR re 140 Status Report; emailed to ppatterson@cooperkirk.com, cc'd 113 associated attorneys –– The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. FYI DO NOT REFILE– Attorney signature must match login/password. (zeg, ) (Entered: 12/03/2019) |
| 12/03/2019 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Status Conference held on 12/3/2019. Scheduling Order(s) to be Issued. (Court Reporter: Scott Wallace) (jth) (Entered: 12/03/2019) |
| 12/03/2019 | | | MINUTE ORDER. This order relates to all cases and to Parton, No. 1:18–cv–409 (D.N.M.). As discussed at the status conference held on this date, it is ORDERED that defendant OPM's answer to the complaint is due February 4, 2020. It is FURTHER ORDERED that defendant KeyPoint Government Solutions' supplement to its motion to dismiss is due January 17, 2020 and plaintiffs' response is due February 7, 2020. It is FURTHER ORDERED that the motion to dismiss the Parton tag–along matter, Parton v. United States, No. 1:18–cv–409 (D.N.M.), is due January 17, 2020; Parton's response is due February 7, 2020; and any reply is due February 21, 2020. It is FURTHER ORDERED that plaintiffs' submission regarding those plaintiffs proceeding under pseudonyms is due January 17, 2020; the response is due February 7, 2020; and any reply is due February 21, 2020. The Court took the remaining scheduling issues under advisement. Signed by Judge Amy Berman Jackson on 12/3/19. (DMK) (Entered: 12/03/2019) |
| 12/03/2019 | | | Set/Reset Deadlines: Defendant OPM's answer to the complaint is due by 2/4/2020. Defendant KeyPoint Government Solutions' supplement to its Motion to dismiss is due by 1/17/2020; Plaintiffs' Response is due by 2/7/2020;. The motion to dismiss the Parton tag–along matter, Parton v. United States, No. 1:18–cv–409 (D.N.M.), is due by 1/17/2020; Parton's Response is due by 2/7/2020; any Reply is due by 2/21/2020. Plaintiffs' submission regarding those plaintiffs proceeding under pseudonyms is due by 1/17/2020; Response is due by 2/7/2020; any reply is due by 2/21/2020. (jth) (Entered: 12/03/2019) |
| 12/09/2019 | 141 | | |

| | | | |
|---|---|---|---|
| | | | ORDER for the parties to meet and confer and submit an updated status report by January 24, 2020 providing specific information as set forth in the order. See order for details. Signed by Judge Amy Berman Jackson on 12/9/19. (DMK) (Entered: 12/09/2019) |
| 12/12/2019 | | | Set/Reset Deadline: Joint Status Report due by 1/24/2020. (jth) (Entered: 12/12/2019) |
| 01/17/2020 | 142 | | MOTION to Dismiss for Lack of Jurisdiction by UNITED STATES OF AMERICA (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Text of Proposed Order)(MacWilliams, Philip) (Entered: 01/17/2020) |
| 01/17/2020 | 143 | | Joint MOTION for Protective Order by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Carmichael, Andrew) (Entered: 01/17/2020) |
| 01/17/2020 | 144 | | NOTICE of Appearance by Matthew S. Rozen on behalf of KEYPOINT GOVERNMENT SOLUTIONS (Rozen, Matthew) (Entered: 01/17/2020) |
| 01/17/2020 | 145 | | NOTICE of Appearance by Jeremy Max Christiansen on behalf of KEYPOINT GOVERNMENT SOLUTIONS (Christiansen, Jeremy) (Entered: 01/17/2020) |
| 01/17/2020 | 146 | | NOTICE of Name Change by KEYPOINT GOVERNMENT SOLUTIONS (Mendro, Jason) (Entered: 01/17/2020) |
| 01/17/2020 | 147 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests Amended by KEYPOINT GOVERNMENT SOLUTIONS (Mendro, Jason) (Entered: 01/17/2020) |
| 01/17/2020 | 148 | | SUPPLEMENTAL MEMORANDUM to re 70 MOTION to Dismiss filed by KEYPOINT GOVERNMENT SOLUTIONS. (Attachments: # 1 Exhibit Exhibit A)(Mendro, Jason) (Entered: 01/17/2020) |
| 01/17/2020 | 149 | | MOTION for Leave to Proceed Using Pseudonyms by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, KIMBERLY WINSOR (Attachments: # 1 Memorandum in Support, # 2 Declaration of Jane Doe, # 3 Declaration of Jane Doe II, # 4 Declaration of John Doe II, # 5 Text of Proposed Order)(Girard, Daniel) (Entered: 01/17/2020) |
| 01/21/2020 | | | NOTICE OF ERROR re 143 Motion for Protective Order; emailed to andrew.e.carmichael@usdoj.gov, cc'd 115 associated attorneys –– The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. FYI – Signature on pleading must match login/password (zjf, ) (Entered: 01/21/2020) |
| 01/21/2020 | | | MINUTE ORDER. This order relates to Parton v. United States of America, 18–cv–1416. It is ORDERED that 133 defendant Office of Personnel |

| | | | |
|---|---|---|---|
| | | | Management's motion to stay or motion for extension of time to file response is DENIED as moot in light of the schedule set by the Court on December 3, 2019 and defendant's motion to dismiss 142 . Signed by Judge Amy Berman Jackson on 1/21/20. (DMK) (Entered: 01/21/2020) |
| 01/22/2020 | | | MINUTE ORDER granting in part and denying in part 143 Joint Motion for the Entry of a Uniform Protective Order and Fed. R. Evid. 502(d) Order. The parties' proposed Protective Order will be entered on the docket as submitted. Their proposed Federal Rule of Evidence 502(d) Order will be entered with revisions to paragraphs 5 and 6, which will require the parties to have a teleconference with the Court about any disputed privilege assertion before filing a motion. No written motion subject to the order may be filed without a prior conference with the Court and leave of Court. Signed by Judge Amy Berman Jackson on 1/22/20. (DMK) (Entered: 01/22/2020) |
| 01/22/2020 | 150 | | PROTECTIVE ORDER. See Order for details. Signed by Judge Amy Berman Jackson on 1/22/20. (DMK) (Entered: 01/22/2020) |
| 01/22/2020 | 151 | | FEDERAL RULE OF EVIDENCE 502(D) ORDER. See Order for details. Signed by Judge Amy Berman Jackson on 1/22/20. (DMK) (Entered: 01/22/2020) |
| 01/24/2020 | 152 | | Unopposed MOTION To Substitute Party Name re 146 Notice (Other) by KEYPOINT GOVERNMENT SOLUTIONS (Attachments: # 1 Text of Proposed Order)(Mendro, Jason) (Entered: 01/24/2020) |
| 01/24/2020 | 153 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 01/24/2020) |
| 01/27/2020 | | | MINUTE ORDER granting 152 Defendant KeyPoint Government Solutions, Inc.'s Unopposed Motion to Substitute Party Name. The Clerk of the Court is directed to change the name of defendant KeyPoint Government Solutions, Inc. to "Perspecta Risk Decision Inc." in this case and all cases consolidated into the case. Signed by Judge Amy Berman Jackson on 1/27/20. (DMK) (Entered: 01/27/2020) |
| 01/27/2020 | | | MINUTE ORDER. In light of the parties' joint status report 153 , it is ORDERED that this matter is referred to private mediation to end by April 27, 2020. The parties shall file a joint report by that date advising the Court of the status of mediation if the case has not already been resolved by that date. Signed by Judge Amy Berman Jackson on 1/27/20. (DMK) (Entered: 01/27/2020) |
| 01/28/2020 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines: Mediation to conclude by 4/27/2020. The parties shall file a Joint Report by that date advising the Court of the Status of mediation if the case has not already been resolved by that date. (jth) (Entered: 01/28/2020) |
| 02/04/2020 | 154 | | ANSWER to 63 Amended Complaint,,, by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT.(Gardner, Joshua) (Entered: 02/04/2020) |
| 02/07/2020 | 155 | | RESPONSE re 142 MOTION to Dismiss for Lack of Jurisdiction filed by LAHOMA SUE PARTON. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)(Lewis, Jason) (Entered: 02/07/2020) |
| 02/07/2020 | 156 | | RESPONSE IN OPPOSITION TO 148 SUPPLEMENTAL BRIEF filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, KIMBERLY WINSOR. (Elias, Jordan) (Entered: 02/07/2020) |
| 02/12/2020 | 157 | | NOTICE of Appearance by Rebecca Michelle Kopplin on behalf of KATHERINE ARCHULETA, BETH F. COBERT, DONNA SEYMOUR, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Kopplin, Rebecca) (Entered: 02/12/2020) |
| 02/18/2020 | 158 | | Unopposed MOTION for Leave to File *Supplemental Reply Brief in Support of Motion to Dismiss* by PERSPECTA RISK DECISION INC (Attachments: # 1 Exhibit A)(Mendro, Jason) (Entered: 02/18/2020) |
| 02/19/2020 | 159 | | NOTICE of Proposed Order by PERSPECTA RISK DECISION INC re 158 Unopposed MOTION for Leave to File *Supplemental Reply Brief in Support of Motion to Dismiss* (Mendro, Jason) (Entered: 02/19/2020) |
| 02/21/2020 | 160 | | REPLY to opposition to motion re 142 MOTION to Dismiss for Lack of Jurisdiction filed by UNITED STATES OF AMERICA. (MacWilliams, Philip) (Entered: 02/21/2020) |
| 03/03/2020 | | | MINUTE ORDER granting in part and denying in part 158 motion for leave to file supplement to 148 Perspecta's supplemental brief. Defendant Perspecta may only supplement its supplemental brief if there is a specific argument, case citation, or issue that was omitted from its original filing entirely due to lack of space; it may not repeat anything set forth in the initial supplement or respond to the plaintiffs' filing. Any further supplement must be filed by March 24, 2020. Signed by Judge Amy Berman Jackson on 3/3/20. (DMK) (Entered: 03/03/2020) |
| 03/24/2020 | 161 | | SUPPLEMENTAL MEMORANDUM to re 70 MOTION to Dismiss filed by PERSPECTA RISK DECISION INC. (Mendro, Jason) (Entered: 03/24/2020) |

| 04/07/2020 | 162 | NOTICE *of Change of Law Firm* by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, JERAN BINNING, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MICAELA BROWN, MYRNA BROWN, HEATHER BURNETT–RICK, NICHOLAS D. CAVIS, GARY S. COX, ROBERT CRAWFORD, ADAM DALE, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, ERIC W. EDGAR, WILLIAM FLEISHELL III, KELLY FLYNN, ALIA FULI, DAVID A. GOLDEN, LILIANA GOLDEN, RONNIE GOLDEN, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, VICTOR W. HOBBS, DEBORAH HOFFMAN, IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION, MICHAEL JOHNSON, CHAD KAPPERS, CYNTHIA KING–MYERS, EDWARD W. KRIPPENDORF, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, JOHN ORAVIS, LAHOMA SUE PARTON, HECTOR PEREZ, TORALF PETERS, WILLIAM PRESTON, JOHN RABER, EDWARD L. ROBBELOTH, MARIO SAMPEDRO, TIMOTHY SEBERT, ADEBIYI K. SHAMONDA, ADEDEJI SHAMONDA, ZACHARY SHARPER, DERRICK SIMS, ROBERT SLATER, HOWARD SMITH, DARREN STRICKLAND, PETER ULIANO, NICOLE WAID, NANCY WHEATLEY, KIMBERLY WINSOR, MARY C. WOO (Mason, Gary) (Entered: 04/07/2020) |
| 04/16/2020 | 163 | TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS before Judge Amy Berman Jackson held on December 3, 2019; Page Numbers: 1–54. Date of Issuance: April 16, 2020. Court Reporter/Transcriber: Scott Wallace; Telephone number: (703) 549–4626. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/7/2020. Redacted Transcript Deadline set for 5/17/2020. Release of Transcript Restriction set for 7/15/2020.(wz) (Entered: 04/16/2020) |
| 04/23/2020 | 164 | NOTICE OF SUBSTITUTION OF COUNSEL by Barbara L. Gibson on behalf of TERESA J. MCGARRY Substituting for attorney Denis F. Sheils (Gibson, Barbara) (Entered: 04/23/2020) |
| 04/27/2020 | 165 | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY |

| | | | |
|---|---|---|---|
| | | | BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 04/27/2020) |
| 04/27/2020 | | | MINUTE ORDER. In light of the parties' joint status report 165 , it is ORDERED that the referral of this matter to mediation is extended to July 27, 2020. It is FURTHER ORDERED that the parties shall file a joint report by that date advising the Court of the status of mediation if the case has not been resolved by then. Signed by Judge Amy Berman Jackson on 4/27/20. (DMK) (Entered: 04/27/2020) |
| 04/27/2020 | | | Set/Reset Deadlines: Mediation to conclude by 7/27/2020. The parties shall file a Joint Report by that date advising the Court of the Status of mediation if the case has not already been resolved by that date. (jth) (Entered: 05/01/2020) |
| 06/03/2020 | 166 | | ORDER ISSUED AS A MANDATE of USCA for the Federal Circuit as to 125 Notice of Appeal to the Federal Circuit, filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, KIMBERLY WINSOR, PETER ULIANO, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MICHAEL JOHNSON, MARYANN HIBBS, TORALF PETERS, ROBERT CRAWFORD, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, RYAN BONNER, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, JOHN DOE CORPORATION, LILLIAN GONZALEZ–COLON, JOHN DOE II ; USCA Case Number 18–1182. (zrdj) (Entered: 06/03/2020) |
| 07/23/2020 | 167 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 07/23/2020) |

| 07/23/2020 | | | MINUTE ORDER. In light of the parties' joint status report <u>167</u> , it is ORDERED that the referral of this matter to mediation is extended to October 26, 2020. It is FURTHER ORDERED that the parties shall file a joint report by that date advising the Court of the status of mediation if the case has not been resolved by then. Signed by Judge Amy Berman Jackson on 7/23/20. (DMK) (Entered: 07/23/2020) |
| --- | --- | --- | --- |
| 07/23/2020 | | | Set/Reset Deadlines: Mediation to conclude by 10/26/2020. The parties shall file a Joint Report by that date advising the Court of the Status of mediation if the case has not already been resolved by that date. (jth) (Entered: 07/23/2020) |
| 10/22/2020 | <u>168</u> | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 10/22/2020) |
| 10/22/2020 | | | MINUTE ORDER. In light of the parties' joint status report <u>168</u> , it is ORDERED that the referral of this matter to mediation is extended to January 18, 2021. It is FURTHER ORDERED that the parties shall file a joint report by that date advising the Court of the status of mediation if the case has not been resolved by then. Signed by Judge Amy Berman Jackson on 10/22/20. (DMK) (Entered: 10/22/2020) |
| 10/22/2020 | | | Set/Reset Deadline: Mediation to conclude by 1/18/2021. (jth) (Entered: 10/22/2020) |
| 01/06/2021 | <u>169</u> | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 01/06/2021) |
| 01/06/2021 | | | MINUTE ORDER. In light of the parties' joint status report <u>169</u> , it is ORDERED that the referral of this matter to mediation is extended to March 19, 2021. It is FURTHER ORDERED that the parties shall file a joint report by that date advising the Court of the status of mediation if the case has not been resolved by then. Signed by Judge Amy Berman Jackson on 1/6/21. (DMK) |

| | | | |
|---|---|---|---|
| | | | (Entered: 01/06/2021) |
| 01/06/2021 | | | Set/Reset Deadline: Mediation to conclude by 3/19/2021. (jth) (Entered: 01/07/2021) |
| 01/25/2021 | 170 | | NOTICE of Change of Address by Tina Wolfson (Wolfson, Tina) (Entered: 01/25/2021) |
| 01/28/2021 | 171 | | NOTICE of Change of Address by Graham B. LippSmith (LippSmith, Graham) (Entered: 01/28/2021) |
| 03/19/2021 | 172 | | STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 03/19/2021) |
| 03/22/2021 | | | MINUTE ORDER. In light of 172 the parties' joint status report, it is ORDERED that by June 19, 2021 the parties shall file a motion for preliminary approval or otherwise update the Court on the completion of their negotiations. Signed by Judge Amy Berman Jackson on 3/22/21. (DMK) (Entered: 03/22/2021) |
| 06/18/2021 | 173 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 06/18/2021) |
| 06/21/2021 | | | MINUTE ORDER. In light of 173 the parties' joint status report, it is ORDERED that the referral of this matter to mediation is extended through July 19, 2021 and that the parties shall file a further status report by that date. Signed by Judge Amy Berman Jackson on 6/21/21. (DMK) (Entered: 06/21/2021) |
| 07/19/2021 | 174 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, |

| | | | |
|---|---|---|---|
| | | | PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 07/19/2021) |
| 07/21/2021 | | | MINUTE ORDER. A telephone conference is set for July 28, 2021 at 11:30 AM before Judge Amy Berman Jackson. In a separate email, the Court's Deputy Clerk will provide counsel for the parties with the dial–in information needed to access the conference. SO ORDERED. Signed by Judge Amy Berman Jackson on 7/21/21. (DMK) (Entered: 07/21/2021) |
| 07/28/2021 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Telephone Conference Call held on 7/28/2021. (Court Reporter: Nancy Meyer) (jth) (Entered: 07/28/2021) |
| 07/30/2021 | | | MINUTE ORDER. In light of the joint status report 174 submitted by the parties on July 19, 2021, and the matters discussed during the telephone conference on July 28, 2021, the matter is hereby referred to the Hon. John D. Bates for a period of 60 days for settlement of the remaining issue on which the parties are at an impasse. These mediation efforts shall be conducted in accordance with a schedule and any procedures that he establishes in his discretion. The parties must file a status report with this Court on October 1, 2021 if the matter has not been resolved in the interim, and the referral may be extended as appropriate. Signed by Judge Amy Berman Jackson on 7/30/21. (DMK) (Entered: 07/30/2021) |
| 07/30/2021 | | | Set/Reset Deadlines: The parties must file a status report with this Court on October 1, 2021 if the matter has not been resolved in the interim, and the referral may be extended as appropriate. (jth) (Entered: 07/30/2021) |
| 09/23/2021 | 175 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 09/23/2021) |
| 09/27/2021 | | | MINUTE ORDER. In light of the parties' joint status report 175 , the referral of this matter to the Hon. John D. Bates is extended by 30 days. The parties shall file a further joint status report by November 1, 2021 if the matter has not been resolved in the interim. Signed by Judge Amy Berman Jackson on 9/27/21. (DMK) (Entered: 09/27/2021) |

| 10/27/2021 | <u>176</u> | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 10/27/2021) |
| 10/29/2021 | | | MINUTE ORDER. In light of the joint status report <u>176</u> , it is ORDERED that the parties shall file a further joint status report by November 30, 2021. Signed by Judge Amy Berman Jackson on 10/29/21. (DMK) (Entered: 10/29/2021) |
| 11/15/2021 | <u>177</u> | | NOTICE OF WITHDRAWAL OF APPEARANCE as to DEPARTMENT OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF THE INTERIOR, UNITED STATES OF AMERICA, UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. Attorney Elliott M. Davis terminated. (Davis, Elliott) (Entered: 11/15/2021) |
| 11/29/2021 | | | MINUTE ORDER. Upon review of the dockets in In re: OPM Management Data Security Breach Litigation, 15–mc–01394, and Parton v. United States, 18–cv–1416, the Court notes that the joint status reports filed in the miscellaneous matter concerning mediation efforts indicate that they concern ALL CASES, but there is also a ripe motion to dismiss the Parton matter. It is therefore ORDERED that the parties, including plaintiff Parton, shall advise the Court by December 6, 2021 whether the Parton case is included in the mediation and the motion to dismiss should be held in abeyance. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/29/21. (DMK) (Entered: 11/29/2021) |
| 11/30/2021 | <u>178</u> | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 11/30/2021) |
| 11/30/2021 | | | MINUTE ORDER. In light of the joint status report <u>178</u> , it is ORDERED that the parties shall file a further joint status report on January 14, 2022 if the matter is not resolved in the interim. Signed by Judge Amy Berman Jackson on 11/30/21. (DMK) (Entered: 11/30/2021) |

| 12/06/2021 | 179 | | RESPONSE TO ORDER OF THE COURT re Order,,, Set Deadlines,, filed by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 12/06/2021) |
| --- | --- | --- | --- |
| 01/14/2022 | 180 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 01/14/2022) |
| 01/18/2022 | | | MINUTE ORDER. In light of the parties' joint status report 180 , it is ORDERED that the parties shall file a further joint status report on February 18, 2022 if the matter is not resolved in the interim. Signed by Judge Amy Berman Jackson on 1/18/22. (DMK) (Entered: 01/18/2022) |
| 02/18/2022 | 181 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, ROBERT CRAWFORD, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, TORALF PETERS, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 02/18/2022) |
| 02/22/2022 | | | MINUTE ORDER. In light of the joint status report 181 , it is ORDERED that the parties shall file a further joint status report by April 18, 2022 if the matter is not resolved in the interim. Signed by Judge Amy Berman Jackson on 2/22/22. (DMK) (Entered: 02/22/2022) |

| 04/18/2022 | 182 | | Joint STATUS REPORT by AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, PAUL DALY, JANE DOE, JOHN DOE CORPORATION, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, PETER ULIANO, NANCY WHEATLEY, KIMBERLY WINSOR. (Girard, Daniel) (Entered: 04/18/2022) |
| --- | --- | --- | --- |
| 04/19/2022 | | | MINUTE ORDER. In light of the joint status report 182 , it is ORDERED that the parties shall file a motion for preliminary approval of their settlement by May 4, 2022. Signed by Judge Amy Berman Jackson on 4/19/2022. (DMK) (Entered: 04/19/2022) |
| 04/19/2022 | 183 | | NOTICE of Change of Address by Gary Edward Mason (Mason, Gary) (Entered: 04/19/2022) |
| 04/27/2022 | 184 | | Unopposed MOTION to Substitute *Party Name* by PERSPECTA RISK DECISION INC. (Mendro, Jason) (Entered: 04/27/2022) |
| 04/27/2022 | 185 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by PERSPECTA RISK DECISION INC (Mendro, Jason) (Entered: 04/27/2022) |
| 05/02/2022 | | | MINUTE ORDER granting 184 Unopposed Motion to Substitute Party Name. The Clerk of Court is directed to change the name of defendant Perspecta Risk Decision Inc. to "Peraton Risk Decision Inc." in this case and all cases consolidated into the case. Signed by Judge Amy Berman Jackson on 5/2/22. (DMK) (Entered: 05/02/2022) |
| 05/03/2022 | 186 | | Unopposed MOTION for Extension of Time to *File Motion for Preliminary Approval of Settlement* by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Attachments: # 1 Text of Proposed Order)(Shapiro, Elizabeth) (Entered: 05/03/2022) |
| 05/03/2022 | | | MINTUE ORDER granting 186 Motion for Extension of Time. It is ORDERED that the parties shall file a motion for preliminary approval of their settlement by May 6, 2022. Signed by Judge Amy Berman Jackson on 5/3/22. (DMK) (Entered: 05/03/2022) |
| 05/06/2022 | 187 | | STIPULATION *to Amend Complaint* by TRAVIS ARNOLD, TONY BACHTELL, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Girard, Daniel) (Entered: 05/06/2022) |

| 05/06/2022 | 188 | | MOTION for Settlement *Preliminary Approval* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Memorandum in Support, # 2 Settlement Agreement, # 3 Exhibit 1 (Notice), # 4 Exhibit 2 (Claim Form), # 5 Exhibit 3 ([Proposed] Preliminary Approval Order), # 6 Exhibit 4 ([Proposed] Final Approval Order and Judgment), # 7 Exhibit 5 (Notice Plan), # 8 Declaration of Daniel C. Girard, # 9 Declaration of Cameron R. Azari, # 10 Declaration of Marcus J. Glasgow, # 11 Declaration of Michael V. Sorrento)(Girard, Daniel) (Entered: 05/06/2022) |
| 05/09/2022 | | | MINUTE ORDER. In light of the parties' stipulation 187 , the Clerk of Court is directed to file the First Amended Consolidated Complaint [187–1] on the docket. Signed by Judge Amy Berman Jackson on 5/9/22. (DMK) (Entered: 05/09/2022) |
| 05/09/2022 | 189 | | FRIST AMENDED CONSOLIDATED COMPLAINT against All Defendants with Jury Demand filed by ALL PLAINTIFFS.(zjf) (Entered: 05/10/2022) |
| 05/10/2022 | | | MINUTE ORDER. It is ORDERED that a Video (VTC) Hearing re: 188 Plaintiffs' Motion for an Order Granting Preliminary Approval of Class Action Settlement and Providing for Notice is set for 6/3/2022 at 11:00 AM before Judge Amy Berman Jackson. The Court's Deputy Clerk will provide the video connection information to the lead attorneys who may forward that information to other counsel in this case. Signed by Judge Amy Berman Jackson on 5/10/2022. (jth) (Entered: 05/10/2022) |
| 06/03/2022 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC)Motion Hearing held on 6/3/2022 re: 188 Motion for Preliminary Approval of Class Action Settlement. Fairness Hearing set for 10/14/2022 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. (Court Reporter: Janice Dickman) (jth) (Entered: 06/03/2022) |
| 06/03/2022 | | | Set/Reset Hearing: Fairness Hearing set for 10/14/2022 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. (jth) (Entered: 06/03/2022) |
| 06/03/2022 | 190 | | NOTICE of Proposed Order *Revised* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR re 188 MOTION for Settlement *Preliminary Approval* (Girard, Daniel) (Entered: 06/03/2022) |
| 06/05/2022 | 191 | | |

| | | | |
|---|---|---|---|
| | | | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Shapiro, Elizabeth) (Entered: 06/05/2022) |
| 06/05/2022 | 192 | | NOTICE OF FILING REDACTED DOCUMENT by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT (Attachments: # 1 Exhibit)(Shapiro, Elizabeth) (Entered: 06/05/2022) |
| 06/07/2022 | 193 | | ORDER granting 188 Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. See order as revised by the Court for details. Signed by Judge Amy Berman Jackson on 6/7/2022. (DMK) (Entered: 06/07/2022) |
| 06/07/2022 | | | MINUTE ORDER granting 191 federal defendant's unopposed motion for leave to file document under seal. The Clerk of Court is directed to file on the docket UNDER SEAL the exhibit to the motion [191–2]. Signed by Judge Amy Berman Jackson on 6/7/22. (DMK) (Entered: 06/07/2022) |
| 06/07/2022 | 194 | | SEALED DOCUMENT filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (This document is SEALED and only available to authorized persons.)(zjf) (Entered: 06/15/2022) |
| 06/08/2022 | | | Set/Reset Deadlines: Motion due by 7/21/2022. Response due by 9/9/2022 Reply due by 9/23/2022. (tb) (Entered: 06/08/2022) |
| 07/15/2022 | 195 | | DECLARATION *of Michelle M. La Count regarding Notice and Settlement Administration* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Exhibit 1)(Girard, Daniel) (Entered: 07/15/2022) |
| 07/21/2022 | 196 | | MOTION for Settlement *Final Approval* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Cameron R. Azari, Esq., # 3 Text of Proposed Order)(Girard, Daniel) (Entered: 07/21/2022) |
| 07/21/2022 | 197 | | MOTION for Attorney Fees *, Expenses, and Service Awards* by TRAVIS ARNOLD, TONY BACHTELL, RYAN BONNER, MONTY BOS, GARDELL BRANCH, MYRNA BROWN, HEATHER BURNETT–RICK, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, MICHAEL EBERT, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, |

| | | | |
|---|---|---|---|
| | | | MICHAEL HANAGAN, MARYANN HIBBS, DEBORAH HOFFMAN, MICHAEL JOHNSON, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, TIMOTHY SEBERT, ZACHARY SHARPER, ROBERT SLATER, DARREN STRICKLAND, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Girard, Daniel) (Entered: 07/21/2022) |
| 07/21/2022 | 198 | | DECLARATION *of Daniel C. Girard* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR re 197 MOTION for Attorney Fees *, Expenses, and Service Awards* filed by JOHNNY GONZALEZ, PAUL DALY, MICHAEL EBERT, KIMBERLY WINSOR, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, MONTY BOS, JANE DOE, MICHAEL HANAGAN, TIMOTHY SEBERT, TRAVIS ARNOLD, TERESA J. MCGARRY, MICHAEL JOHNSON, MARYANN HIBBS, CYNTHIA KING–MYERS, HEATHER BURNETT–RICK, MYRNA BROWN, DARREN STRICKLAND, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, RYAN BONNER, NANCY WHEATLEY, KELLY FLYNN, ALIA FULI, ORIN GRIFFITH, MARIO SAMPEDRO, LILLIAN GONZALEZ–COLON, JOHN DOE II, 196 MOTION for Settlement *Final Approval* filed by JOHNNY GONZALEZ, PAUL DALY, KIMBERLY WINSOR, JOHN DOE III, ZACHARY SHARPER, RYAN LOZAR, ROBERT SLATER, CHARLENE OLIVER, TONY BACHTELL, JANE DOE, MICHAEL HANAGAN, TRAVIS ARNOLD, TERESA J. MCGARRY, CYNTHIA KING–MYERS, MYRNA BROWN, JENNIFER GUM, GARDELL BRANCH, JANE DOE II, DEBORAH HOFFMAN, NANCY WHEATLEY, KELLY FLYNN, MARIO SAMPEDRO, ORIN GRIFFITH, ALIA FULI, LILLIAN GONZALEZ–COLON, JOHN DOE II. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit C)(Girard, Daniel) (Entered: 07/21/2022) |
| 08/19/2022 | 199 | | DECLARATION *Second of Michelle M. La Count regarding Notice and Settlement Administration* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR re 193 Order on Motion for Settlement. (Girard, Daniel) (Entered: 08/19/2022) |
| 08/30/2022 | 200 | | Letter from Patrick W. Dellelo. "Leave to File GRANTED," signed by Judge Amy B. Jackson on 8/30/2022. (znmw) (Entered: 08/31/2022) |

| 09/09/2022 | 201 | | RESPONSE re 197 MOTION for Attorney Fees , *Expenses, and Service Awards* filed by UNITED STATES OFFICE OF PERSONNEL MANAGEMENT. (Attachments: # 1 Fee Agreement, # 2 Text of Proposed Order)(Borson, Joseph) (Entered: 09/09/2022) |
| 09/16/2022 | 202 | | DECLARATION *Third of Michelle M. La Count regarding Notice and Settlement Administration* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(Girard, Daniel) (Entered: 09/16/2022) |
| 09/23/2022 | 203 | | REPLY to opposition to motion re 197 MOTION for Attorney Fees , *Expenses, and Service Awards*, 196 MOTION for Settlement *Final Approval* filed by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Declaration of Cameron R. Azari, Esq.)(Girard, Daniel) (Entered: 09/23/2022) |
| 10/11/2022 | 204 | | DECLARATION *Second Supplemental of Cameron R. Azari, Esq. regarding Notice* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR. (Attachments: # 1 Attachment 1)(Girard, Daniel) (Entered: 10/11/2022) |
| 10/14/2022 | | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Fairness Hearing held on 10/14/2022. Orders to be issued by the Court. (Court Reporter: Janice Dickman). (zjth) (Entered: 10/14/2022) |
| 10/14/2022 | | | MINUTE ORDER. In connection with the Court's preparation of the final approval order in this matter, plaintiffs' counsel are directed to file by October 17, 2022, the final list that must be appended to the order identifying all individuals who requested exclusion from the Class as of the Opt–Out Deadline. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/14/22. (DMK) (Entered: 10/14/2022) |
| 10/14/2022 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadline: Plaintiffs' counsel are to file by 10/17/2022, the final list that must be appended to the order identifying all individuals who requested exclusion from the Class as of the Opt–Out Deadline. (jth) (Entered: 10/14/2022) |
| 10/14/2022 | 205 | | ORDER granting in part and denying in part 197 Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards. See Order for details. Signed by Judge Amy Berman Jackson on 10/14/22. (DMK) (Entered: 10/14/2022) |
| 10/14/2022 | 206 | | NOTICE *of Filing List of Opt–Out Requesters* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ–COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING–MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR re Order, (Attachments: # 1 Attachment 1)(Girard, Daniel) (Entered: 10/14/2022) |
| 10/17/2022 | | | MINUTE ORDER. Plaintiffs have asked the Court to enter a final approval of their settlement, which among other things, orders that the "individuals identified in Appendix 1 hereto requested exclusion from the Class as of the Opt–Out Deadline" and will "not share in the benefits of the Settlement." Proposed Final Approval Order and Judgment [196–3] para. 8. The parties' settlement agreement provides that "[t]he Claims Administrator will compile a list of valid opt–outs for submission to the Court." Class Action Settlement Agreement and Release of Claims [188–2] para. IX.C.1. On October 14, 2022, the Court asked plaintiffs to provide the final list to be appended to the final approval order. Minute Order (Oct. 14, 2022). In response, plaintiffs appear to have refiled, without amendment, a list of individuals that the Settlement Administrator provided to the Court on October 11, 2022. Compare plaintiffs' Notice of Filing List of Opt–Out Requesters [206–1] with Attach. 1 to 2d Suppl. Decl. of Cameron R. Azari, Esq. re Notice [204–1]. According to the Settlement Administrator, the list is divided into four sections: "(1) 'Complete Requests with DoD Match,' which are requests for exclusion that provided all elements requested and were matched to a known, affected individual by the DoD confirming they are Class members eligible to exclude themselves; (2) 'Complete Requests without DoD Match,' which show requesters who provided all the requested information, but who did not match to a record in the data set maintained by the DoD, and thus are likely not Class members; (3) 'Defective Requests with DoD Match,' which show requesters who failed to include one or more elements listed in the Notice, but who were still able to be matched to the DoD affected individuals list, and thus are likely Class members eligible to exclude themselves; and (4) 'Defective Requests without DoD Match,' which are all requests for exclusion where the information provided was incomplete and the DoD also was unable to match the requester to a known, affected individual name." Azari Decl. 204 para. 5. Given that the list includes individuals who "confirm[ed] they are Class members," are "likely not Class members," are "likely Class members," and who filed defective requests without a DoD name match, the list appears to be over–inclusive for purposes of appending to the final approval order. Accordingly, it is ORDERED that by October 21, 2022, plaintiffs confer with the Settlement Administrator and/or |

| | | | |
|---|---|---|---|
| | | | defendants as may be necessary and file with the Court a "list of valid opt−outs" only, excluding individuals that the Settlement Administrator has determined are not class members and/or filed invalid opt out requests. The list must provide only the individuals' names and information necessary to identify their opt out requests, such as the Settlement Administrator's Record Number, and must exclude the original list's characterizations or categorizations of the requests. If it is the parties' position that the list submitted by plaintiffs [206−1] should be appended to the final approval order as is, it is ORDERED that they must explain by October 21, 2022 why the list is not over−inclusive. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/17/22.(DMK) (Entered: 10/17/2022) |
| 10/21/2022 | 207 | | NOTICE *of Filing List of Valid Opt−Outs* by TRAVIS ARNOLD, TONY BACHTELL, GARDELL BRANCH, MYRNA BROWN, PAUL DALY, JANE DOE, JANE DOE II, JOHN DOE II, JOHN DOE III, KELLY FLYNN, ALIA FULI, JOHNNY GONZALEZ, LILLIAN GONZALEZ−COLON, ORIN GRIFFITH, JENNIFER GUM, MICHAEL HANAGAN, DEBORAH HOFFMAN, CYNTHIA KING−MYERS, RYAN LOZAR, TERESA J. MCGARRY, CHARLENE OLIVER, MARIO SAMPEDRO, ZACHARY SHARPER, ROBERT SLATER, NANCY WHEATLEY, KIMBERLY WINSOR re Order,,,,,,,,,,,, Set Deadlines,,,,,,,,,,,, (Attachments: # 1 Appendix 1)(Girard, Daniel) (Entered: 10/21/2022) |
| 10/26/2022 | 208 | | ORDER granting 196 Motion for Final Approval of Class Action Settlement. See Order for details. Signed by Judge Amy Berman Jackson on 10/26/22. (DMK) (Entered: 10/26/2022) |
| 12/21/2022 | 209 | | TRANSCRIPT OF PROCEEDINGS before Judge Amy Berman Jackson held on October 14, 2022; Page Numbers: 1−24. Date of Issuance: December 21, 2022. Court Reporter: Janice Dickman, Telephone number: 202−354−3267, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenc ed above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 1/11/2023. Redacted Transcript Deadline set for 1/21/2023. Release of Transcript Restriction set for 3/21/2023.(Dickman, Janice) (Entered: 12/21/2022) |
| 01/04/2023 | 210 | | LEAVE TO FILE DENIED− Markus Overley's Letter to OPM. This document is unavailable as the Court denied its filing. Pro Se party has NOT been notified (no mailing address provided). "Leave to file DENIED. Case closed; comment period closed." Signed by Judge Amy Berman Jackson on 1/4/2023. |

| | | | |
|---|---|---|---|
| | | | (znmw) (Entered: 01/05/2023) |
| 01/13/2023 | 211 | | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 208 Order on Motion for Settlement by CARMELA ROMERIO. Fee Status: No Fee Paid. Parties have been notified. "Leave to File Granted," signed by Judge Amy B. Jackson on 1/13/2023. (znmw) Modified on 1/20/2023 (znmw). (Entered: 01/20/2023) |

DISTRICT OF COLUMBIA
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: CARMELA ROMERIO, Pro Se
IN RE: U.S. OFFICE OF PERSONNEL
MANAGEMENT (OPM) DATA SECURITY
BREACH LITIGATION

*1:15-MC-01394*

vs.

Civil Action No. **1:15-MC-02664-ABJ**

Defendant: U.S. OPM and Peraton Risk
Decision, Inc. ("Peraton")

*Leave to file
granted
ABJ
2/13/2023*

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __21__ day of __December__ 20__22__, that

Plaintiff CARMELA ROMERIO, Pro Se as a member of the class defined in the complaint

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgment of this court entered on the __26__ day of __October__, 20__22__, in

favor of __OPM & PERATON, as stated per Final Settlement denying plaintiff exclusion from action__

against said __Carmela Romerio, class member (in diress) U.S. OPM DATA SECURITY BREACH__

Attorney/Pro Se Party Signature: *Carmela Romerio*

Name: CARMELA ROMERIO, Pro Se

Address: 203 UPPER VALLEY ROAD

BOULDER, MT. 59632

Telephone: (__406__) __461-8247__

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

USCA Form 13
Rev. June 2017

**RECEIVED**
12/23/2022

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: U.S. OFFICE OF PERSONNEL MANAGEMENT DATA SECURITY BREACH LITIGATION | Misc. Action No. 15-1394 (ABJ) MDL Docket No. 2664 |
| This Document Relates To: ALL CASES | |

## <u>FINAL APPROVAL ORDER AND JUDGMENT</u>

This matter came before the Court for hearing pursuant to the Preliminarily Approval Order dated June 7, 2022 [Dkt. # 193] ("Preliminary Approval Order"), on the motion of Class Representatives[1] Travis Arnold, Tony Bachtell, Gardell Branch, Myrna Brown, Lilian Colon-McKnight, Paul Daly, Jon Decker (formerly John Doe III), Jane Doe, Jane Doe II, John Doe II, Kelly Flynn, Alia Fuli, Johnny Gonzalez, Orin Griffith, Jennifer Gum, Michael Hanagan, Deborah Hoffman, Cynthia King- Meyers, Todd Kupferer (formerly John Doe), Ryan Lozar, Teresa J. McGarry, Charlene Oliver, Mario Sampedro, Zachary Sharper, Robert Slater, Nancy Wheatley, and Kimberly Winsor and Defendants U.S. Office of Personnel Management ("OPM") and Peraton Risk Decision, Inc. ("Peraton") for approval of a proposed class action settlement (the "Settlement"). The Court finds that adequate notice of this Settlement has been provided to potential class members in accordance with the Preliminary Approval Order. Also, after consideration of the submissions of the parties, Plaintiffs' Motion for Final Approval of Class

---

1    Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Settlement Agreement.

Action Settlement [Dkt. # 196], which defendants did not oppose; Third Declaration regarding Notice and Settlement Administration [Dkt. # 202]; Reply in Support of Plaintiffs' Motion for Final Approval [Dkt. # 203]; and Second Supplemental Declaration regarding Notice [Dkt. # 204], and after conducting a Fairness Hearing on October 21, 2022 in accordance with the Preliminary Approval Order and Federal Rule of Civil Procedure 23(e), the Court finds, for reasons stated on the record at the hearing, that the Settlement is fair, reasonable, and adequate, and in the best interests of the Class.  Therefore, it is hereby ORDERED as follows:

1.      This Final Approval Order and Judgment incorporates by reference the definitions in the Settlement Agreement dated May 5, 2022 [Dkt. # 188-2] (the "Settlement Agreement"), and all defined terms used herein have the same meanings ascribed to them in the Settlement Agreement.

2.      This Court has jurisdiction over the subject matter of this litigation and over all Parties thereto.

3.      As stated at the Fairness Hearing, the Court affirms the findings in the Preliminary Approval Order that for purposes of the Settlement, all prerequisites for maintenance of a class action set forth in Federal Rules of Civil Procedure 23(a) and (b)(3) are satisfied. The Court hereby makes final its appointments of Class Counsel and the Class Representatives and its preliminary certification of the Class consisting of:

> All U.S. citizens and permanent residents whose personal information was compromised as a result of the breaches of the U.S. Office of Personnel Management's electronic information systems in 2014 and 2015 or the breach of Peraton's electronic information systems in 2013 and 2014, and who, after May 7, 2014, suffered out-of-pocket expense or loss of compensable time: (1) to purchase a credit monitoring product, credit or identity theft protection product, or other product or service designed to identify or remediate the data breaches at issue in this case; (2) to access, freeze or unfreeze a credit report with a credit

2

reporting agency; or (3) as a result of an identity theft incident or to mitigate an identity theft incident.

Excluded from the Class are Class Counsel and their employees; any judicial officers to whom this case is assigned and their respective staffs; mediators and their respective staffs; and attorneys from the Department of Justice and the Office of Personnel Management, and their respective staffs, who worked directly and personally on this matter.

4.      Pursuant to Federal Rule of Civil Procedure 23(e), the Court hereby grants final approval of the Settlement and finds that it is, in all respects, fair, reasonable, and adequate, and in the best interests of the Class.

5.      The Court finds that notice of the Settlement was given to Class Members in accordance with the Preliminary Approval Order, and that it constituted the best notice practicable of the matters set forth therein, including the Settlement, to all individuals entitled to such notice.  It further finds that the notice satisfied the requirements of Federal Rule of Civil Procedure 23 and of due process.

6.      The Court directs the Claims Administrator to process and pay all Valid Claims in a prompt manner according to the terms and conditions of the Parties' Settlement Agreement.

7.      Upon the Effective Date, all Class Members shall be deemed to have, and by operation of this Final Approval Order and Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Releasees as set forth in the Settlement Agreement.

8.      The individuals identified in Appendix 1 hereto requested exclusion from the Class as of the Opt-Out Deadline. These individuals shall not share in the benefits of the Settlement, and this Final Approval Order and Judgment does not affect their legal rights to pursue any claims they may have against Defendants. All other members of the Class are

hereinafter barred and permanently enjoined from prosecuting any released claims in any court, administrative agency, arbitral forum, or other tribunal.

9.      Neither an appeal of any portion of this Court's separate order relating to Class Counsel's application for an award of attorneys' fees, costs, and expenses, and/or to Class Counsel's application for incentive awards, *see* Order on Attorneys' Fees, Expenses, and Service Awards [Dkt. # 205], nor a reversal or modification of that order, will operate to terminate or cancel the Settlement or to affect or delay the finality of this Final Approval Order and Judgment.

10.      Neither the Settlement, nor any act performed or document executed pursuant to or in furtherance of the Settlement, is, may be deemed to be, or may be used as an admission or evidence of:  (a) the validity of any released claim, (b) any liability or wrongdoing of Defendants, or (c) any fault or omission of Defendants in any proceeding in any court, administrative agency, arbitral forum, or other tribunal.

11.      Without affecting the finality of this Final Approval Order and Judgment, the Court reserves exclusive jurisdiction over matters related to administration, consummation, enforcement, and interpretation of the Settlement, its associated agreements, and this Final Approval Order and Judgment, including (a) distribution or disposition of the Settlement Fund, including of any unclaimed funds therein, and (b) further proceedings, if necessary, on the application for attorneys' fees, reimbursement of litigation expenses and incentive awards.

12.      The Defendants will have no role in, nor will they be held liable in any way for, the determination of monetary relief to be accorded each Claimant.  No Class Member or any other person will have any claim against the Named Plaintiffs, Class Counsel, any person designated by Class Counsel, or the Claims Administrator arising from or relating to the

Settlement, the Action, or the determinations or distributions made substantially in accordance with the Settlement or Orders of the Court, including this Final Approval Order and Judgment.

13.     If any Party fails to fulfill its obligations under the Settlement, the Court retains authority, upon motion of the other Party or Parties, to vacate the provisions of this Final Approval Order and Judgment releasing, relinquishing, discharging, and barring and enjoining the prosecution of the released claims against the Releasees and to reinstate the released claims against the Releasees.

14.     The Preliminary Approval Order stated, "[i]f the Settlement fails to become effective in accordance with its terms, or if the Final Approval Order and Judgment is not entered or is reversed or vacated on appeal, this Order shall be null and void, the Settlement Agreement shall be deemed terminated, and the Parties shall return to their positions without any prejudice, as provided for in the Settlement Agreement." Preliminary Approval Order ¶ 25. Now that the Final Approval Order and Judgment has been entered, if the Settlement does not become effective under the terms of the Settlement Agreement, or if this Final Approval Order and Judgment is vacated or reversed on appeal, then the Final Approval Order and Judgment shall be rendered null and void to the extent provided by and in accordance with the Settlement Agreement and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Settlement Agreement.

15.     The Action is hereby dismissed, with prejudice.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

DATE:  October 26, 2022

# Appendix 1

| Record | Name |
|---|---|
| 1 | AARON BLAKE REMINGTON |
| 2 | ALFREDIA CONNER |
| 3 | ALISON WILLIAMS |
| 4 | ANDREA GREENE |
| 5 | ANDREW PHILIP LOMBARDO |
| 6 | BABAK SAMII |
| 7 | BENJAMIN P. DAUS |
| 8 | BRIAN C BONIFANT |
| 9 | BRYAN A. HANSEN |
| 10 | CALLIE MCMUNIGAL |
| 11 | CARISSA JEAN SOJKA |
| 12 | CARLENE MARTIN |
| 13 | CAROLYN S. ORTALE |
| 14 | CATHERINE LESLIE COTHRAN |
| 15 | CHRISTIANE PLOCH |
| 16 | CHRISTOPHER M. JONES |
| 17 | CHRISTOPHER SCOTT ARMENTA |
| 18 | CREGG MICHAEL BROWN |
| 19 | CURTIS RIHN |
| 20 | CYNTHIA F. YAP |
| 21 | DANIEL MUTHLER |
| 22 | DANIEL S. HARVEY |
| 23 | DANIELLE N. DEMMON |
| 24 | DAVID CLAIR |
| 25 | DAVID MICHAEL FRENCH |
| 26 | DAVID WALTER MAIN |
| 27 | DAVID WAYNE LAITY |
| 28 | DENISE MARIE WOODY |
| 29 | DIANA LARRASQUITU-GARCIA |
| 30 | DIANE M. WIEDMEIER |
| 31 | DORINDA D MORGAN-HANSEN |
| 32 | ERIC D. JOHNSON |
| 33 | EVAN LEOPOLD |
| 34 | FERN CHAN |
| 35 | GAIL MILLER |

| Record | Name |
|---|---|
| 36 | GARY E LANGSTON JR |
| 37 | GARY GENE CULPEPPER |
| 38 | GEOFFREY L. GLIDDEN |
| 39 | GERALD ANTICH |
| 40 | GERARD ZANNELLI |
| 41 | GLORIA R TAVERA |
| 42 | GREGORIO C SALINAS |
| 43 | GREGORY KUDRICK |
| 44 | GREGORY TORNAMBE |
| 45 | HEIDI MCGEORGE |
| 46 | JACK ALLEN MENAKO |
| 47 | JACOB BREEDEN |
| 48 | JEFFERY ALBIN THIELEN |
| 49 | JENIFER L. CLAYTON |
| 50 | JENNY DWORZAK |
| 51 | JERRY P. GONZALES |
| 52 | JIMMY R. KELLER |
| 53 | JONETTA WALLACE |
| 54 | JORGE RAFAEL MAYMIR |
| 55 | JOSEPH A BLAHER |
| 56 | JOSEPH AXTELL |
| 57 | JOSEPH DAVID WAWRO |
| 58 | JOSEPH DEVENUTO |
| 59 | JOSEPH GREENE |
| 60 | JOSHUA L. HIERSTETTER |
| 61 | JOSHUA LILLYWHITE |
| 62 | JOSHUA M. PRESTON |
| 63 | JUSTIN C. WOOD |
| 64 | KAREN KRINER |
| 65 | KATHERINE ROGEL |
| 66 | KENNETH BUCK |
| 67 | KEVIN SHERMAN |
| 68 | KIMBERLY STILL |
| 69 | LANA RENEE DENNIS |
| 70 | LAURA ADAMS FRAZIER |
| 71 | LEROY MCGEE |
| 72 | LISA L DISBROW |
| 73 | LORRAINE G. BEZA |

| Record | Name |
|--------|------|
| 74 | LUCAS D SMITH |
| 75 | MANOLIS Y. PAHAKIS |
| 76 | MARCIA L ALBERT |
| 77 | MARGARET ANGELINI |
| 78 | MARGERY MAY EXTON |
| 79 | MARION BRUCE JENKINS |
| 80 | MARK BOUCHARD |
| 81 | MARSHALL JAY SELIGMANN |
| 82 | MARYANN M SHEBEK |
| 83 | MEGHAN FACER |
| 84 | MICHAEL C. SELLERS |
| 85 | MICHAEL ROBERT IRVINE |
| 86 | MICHELLE R STOLPA-BRADSHAW |
| 87 | MILA D. WERNER |
| 88 | NANCIE SENKO |
| 89 | NANCY O. GEEHAN |
| 90 | NATALIE ELUM |
| 91 | NED L. ROBAK |
| 92 | NEIL P. O'DONNELL |
| 93 | PARAMJIT BHULLAR |

| Record | Name |
|--------|------|
| 94 | PATRICK MCGINN |
| 95 | PAUL D. WERNER |
| 96 | REBECCA RUTECKI |
| 97 | REGINALD J. EXTON |
| 98 | ROBERT DAVID JONES |
| 99 | ROBERT KRINER |
| 100 | ROBERT S WILDIN |
| 101 | ROY E GIBBS |
| 102 | SERENA LYNN CARNEY |
| 103 | STACY A LEE |
| 104 | STEPHEN BARRIE |
| 105 | STEVEN ANDREWS |
| 106 | SUZANNE COLEMAN |
| 107 | THOMAS SENKO |
| 108 | TIMOTHY ALLEN CAMPBELL |
| 109 | TIMOTHY C ALLARD |
| 110 | TODD A. WANG |
| 111 | VICTOR HWA |
| 112 | VIRGIL ANGELINI |
| 113 | WALKIRIA JORGE |
| 114 | LINDA KOPSZYWA |